

**Petefish, Skiles & Co.**
**BANK**
ESTABLISHED 1870

June 10, 2024

UGS Drilling Chiren DZZD, created and validly existing under the laws of Bulgaria, having its principal office at Str. Damyanitsa 3-5, City of Sofia, Post Code 1619, Bulgaria, BULSTAT 180918644
(hereinafter" The Beneficiary")

**Advance Payment Refund Guarantee**

Dear Sirs,

We, Petefish Skiles & Company Bank provided an Advanced Payment Refund Guarantee dated November 27, 2023 ("Original Letter"). Certain terms of such Original Letter are modified by this letter and the terms of this letter shall govern. The terms of the Original Letter not modified by this letter shall remain the same. Further, upon execution of this letter, any previous demand made pursuant to the Original Letter is withdrawn and considered canceled.

We, Petefish, Skiles & Company Bank, registered seat at 102 West Beardstown St., Virginia, IL 62691, have been informed that the company: **MEADS-MAES USA CHIREN JOINT VENTURE COMPANY**, created and validly existing under the laws of Bulgaria, having its principal office at: 3 Ogneborets St., City of Sofia, Post Code 1619, Bulgaria, BULSTAT: 181043220 (hereinafter "Applicant") has concluded on November 24th, 2023 a contract [contract number 000058 and/Form of Agreement for LSTK Integrated Project Management Agreement for Drilling 13 UGS wells & Associated Services Regarding to Chiren Underground Storage Expansion Project] with your company UGS Drilling Chiren DZZD, at Str. Damyanitsa 3-5, City of Sofia, Post Code 1619, Bulgaria for Drilling 13 UCS wells & Associated Services Regarding to Chiren Underground Storage Expansion Project (hereinafter referred to as " the Contract"). Under the terms of the said Contract, you have made an advance payment of US$'s 21,000,000.00 to the benefit of the Applicant (hereinafter "Advance Payment").

At the Applicant' s request, we hereby issue to your benefit this Guarantee (hereinafter "Guarantee") and irrevocably and unconditional undertake to pay to you any amount (or, possibly, any portion thereof) up to and not to exceed

US$'s 7,000,000.00 (say: seven million US$'s)

with no objections on your first written demand signed by an authorized representative. Such demand originally signed in handwriting must be forwarded by your bankers for authentication of signature/s of authorized person/s and must be accompanied by your statement originally signed in handwriting certifying that you have made an Advance Payment in conformity with the said Contract and, that the Applicant has breached or failed to observe the terms of the Contract as it has either failed to perform the work in due and timely manner or has failed to supply the goods in conformity with the terms of the Contract contrary to its binding obligation arising thereunder and, that it has failed to refund to you the amount of the Advance Payment made by you. The statement shall include all necessary document to identify the breach or failure to observe the terms of the Contract and all supporting document and information supporting the breach or failure to observe the terms of the Contract.

This Guarantee shall become valid commencing upon the date of its issuance and become effective upon the date of receipt by the Applicant of the Advance Payment to the account No ▓▓▓▓▓ held with Petefish, Skiles & Company Bank. This Guarantee shall expire on September 8, 2024 (hereinafter "Final Expiry Date"). This Final Expiry Date is the latest date for receipt by us of any claims hereunder and after which date this Guarantee shall become null and void and shall cease to have any effect whether it is returned to us or not. This Guarantee also ceases to be valid on our receipt at the bank of your originally signed release by handwriting from our liabilities if such return takes place prior to the stated Final Expiry Date

VIRGINIA, IL
217-452-3041

PETERSBURG, IL
217-632-2247

HAVANA, IL
309-543-6454

WWW.PETEFISHSKILES.COM

**PLAINTIFF'S EXHIBIT 2**



To be valid, any demand and the above-mentioned supporting statement shall be in the language of this Guarantee and shall be sent by registered letter or by special courier (e.g. DHL, FedEx, ...) to the bank. A request for utilization of funds under this guarantee is also acceptable if it is sent to us in full by authenticated swift message (TIBBUS44 code) from your bank confirming that your original request was sent to us via registered mail or special courier and that the signatures of the latter are legally binding your party. Other mode of transmission is excluded. Both documents must reach us not later than the expiry date.

Any payments made by us under the terms of this Guarantee shall reduce by the amount of such payments the total value of the Guarantee for the remaining period of its validity. The right to performance under this Guarantee is non-assignable, as is the right to call the Guarantee.

We are informed that you may require the Applicant to extend this guarantee if according to the provisions of the contract the adoption of the works under the contract does not take place before the expiry of this guarantee. Any eventual request must reach our Bank on or before the expiry date of this Guarantee.

This Guarantee shall be subject to the laws of the United States and to the Uniform Rules for Demand Guarantees URDG, publication ICC 758. Any disputes arising thereunder shall be subject to the sole jurisdiction of the competent courts of United States and venue shall be based in the Central District of Illinois.

Sincerely,

*[signature]*

Paul A. Reynolds
President/CEO
Petefish, Skiles & Co. Bank
102 West Beardstown St.
Virginia, IL 62691
(217) 452-3041

*15. July 2024 The original ZM letter given back to Bank at Petfish Bank.*

*ISMET YUCETAS*
*[signature]*
*7/15/2024*

VIRGINIA, IL          PETERSBURG, IL          HAVANA, IL
217-452-3041          217-632-2247            309-543-6454

WWW.PETEFISHSKILES.COM