UGS Drilling Chiren DZZD

*Out No.:* ПМ3000164 / 12.08.24 г.

**TO:**

**Petefish, Skiles & Co. Bank**
102 West Beardstown St.,
Virginia, IL, 62691
United States of America

**Attention to:**
**Paul Reynolds**
**President/CEO**

**FROM:**
**UGS Drilling Chiren DZZD,**
Str. Damyanitsa 3-5,
City of Sofia, Post Code 1619, Bulgaria,
BULSTAT 180918644

**Subject:**    **Demand for Payment under Advance Payment Refund Guarantee dated June 10,
2024 and Advance Payment Refund Guarantee dated November 27, 2023
(Original Letter)**

**Date:**    **August 12, 2024, Sofia, Bulgaria**

**Dear Mr. Reynolds:**

**We hereby demand that you pay to us the total sum of:**

**USD $7,000,000.00 (say: seven million US dollars)**

under the Advance Payment Refund Guarantee dated June 10, 2024 and in accordance with its terms and
conditions (the "**Bank Guarantee**") , issued by your bank upon the request of MEADS-MAES USA CHIREN
JOINT VENTURE COMPANY, created and validly existing under the law of Bulgaria, having its principal office
at: 3 Ogneborets St., City of Sofia, Post Code 1619, Bulgaria, BULSTAT: 181043220 (the "**Contractor**" or
"**Applicant**"), being a contractor under the contract as defined in the Bank Guarantee (namely: contract
number 000058 and/Form of Agreement for LSTK Integrated Project Management Agreement for Drilling
13 UGS wells & Associated Services Regarding to Chiren Underground Storage Expansion Project, dated
24/11/2023) (the "**Contract**").

Please pay the demanded sum to the following bank account:

- **Beneficiary under the Bank Guarantee and holder of the bank account:** UGS Drilling Chiren
DZZD

- **Bank account number:** ████████████████████

- **SWIFT:** ████████

- **Bank name:** UniCredit Bulbank AD

- **Bank address:** 7, Sv. Nedelya Sq. 1000, Sofia, Bulgaria

By this letter, we certify that UGS Drilling Chiren DZZD made the advance payment in the total amount of
USD $21,000,000.00 (say: twenty one million US dollars) for the benefit of Applicant in conformity with the
Contract, by two payment orders of December 5, 2023 and December 6, 2023, to the Applicant bank
account held within your bank.

3-5 Damyanitsa Str, 1619 Sofia

**PLAINTIFF'S
EXHIBIT**

**3**

UGS Drilling Chiren DZZD

Attached hereto is a statement describing how Applicant has breached or failed to observe the terms of the Contract as it has both failed to perform the work in due and timely manner and has failed to supply the goods in conformity with the terms of the Contract contrary to its binding obligation arising thereunder, and as a result    UGS Drilling Chiren DZZD  is entitled to payment under the Bank Guarantee.   Applicant has failed to refund, the amount of the Advance Payment made by UGS Drilling Chiren DZZD.

We reserve all rights, remedies, claims, and defences we may have under contract or law, and this letter shall not be construed as a waiver of any such rights, remedies, claims, or defences.

We hereby enclose for reference a copy of the Bank Guarantee under which this demand for payment is made, and a signed statement as referenced above.

*Supporting documents enclosed:*

1. *Copies of the Bank Guarantees dated June 10, 2024 and November 27, 2023*

2. *Original Signed and stamped statement plus copies of all necessary and supporting documents.*

Yours sincerely: ...................................
**Maya Pencheva,**
**Representative**
**UGS DRILLING CHIREN DZZD**



# PETEFISH, SKILES & CO.
## — BANK —
### ESTABLISHED 1870

June 10, 2024

UGS Drilling Chiren DZZD, created and validly existing under the laws of Bulgaria, having its principal office at Str. Damyanitsa 3-5, City of Sofia, Post Code 1619, Bulgaria, BULSTAT 180918644 (hereinafter" The Beneficiary")

**Advance Payment Refund Guarantee**

Dear Sirs,

We, Petefish Skiles & Company Bank provided an Advanced Payment Refund Guarantee dated November 27, 2023 ("Original Letter"). Certain terms of such Original Letter are modified by this letter and the terms of this letter shall govern. The terms of the Original Letter not modified by this letter shall remain the same. Further, upon execution of this letter, any previous demand made pursuant to the Original Letter is withdrawn and considered canceled.

We, Petefish Skiles & Company Bank, registered seat at 102 West Beardstown St., Virginia, IL 62691, have been informed that the company: **MEADS-MAES USA CHIREN JOINT VENTURE COMPANY**, created and validly existing under the laws of Bulgaria, having its principal office at: 3 Ogneborets St., City of Sofia, Post Code 1619, Bulgaria, BULSTAT: 181043220 (hereinafter "Applicant") has concluded on November 24th, 2023 a contract [contract number 000058 and Form of Agreement for LSTK Integrated Project Management Agreement for Drilling 13 UGS wells & Associated Services Regarding to Chiren Underground Storage Expansion Project] with your company UGS Drilling Chiren DZZD , at Str. Damyanitsa 3-5, City of Sofia, Post Code 1619, Bulgaria for Drilling 13 UCS wells & Associated Services Regarding to Chiren Underground Storage Expansion Project (hereinafter referred to as " the Contract"). Under the terms of the said Contract, you have made an advance payment of US\$'s 21,000,000.00 to the benefit of the Applicant (hereinafter "Advance Payment").

At the Applicant's request, we hereby issue to your benefit this Guarantee (hereinafter "Guarantee") and irrevocably and unconditional undertake to pay to you any amount (or, possibly, any portion thereof) up to and not to exceed

    US\$'s 7,000,000.00 (say: seven million US\$'s)

with no objections on your first written demand signed by an authorized representative. Such demand originally signed in handwriting must be forwarded by your bankers for authentication of signature/s of authorized person/s and must be accompanied by your statement originally signed in handwriting certifying that you have made an Advance Payment in conformity with the said Contract and, that the Applicant has breached or failed to observe the terms of the Contract as it has either failed to perform the work in due and timely manner or has failed to supply the goods in conformity with the terms of the Contract contrary to its binding obligation arising thereunder and, that it has failed to refund to you the amount of the Advance Payment made by you. The statement shall include all necessary document to identify the breach or failure to observe the terms of the Contract and all supporting document and information supporting the breach or failure to observe the terms of the Contract .

This Guarantee shall become valid commencing upon the date of its issuance and become effective upon the date of receipt by the Applicant of the Advance Payment to the account No ▮▮▮▮ held with Petefish, Skiles & Company Bank. This Guarantee shall expire on September 8, 2024 (hereinafter "Final Expiry Date"). This Final Expiry Date is the latest date for receipt by us of any claims hereunder and after which date this Guarantee shall become null and void and shall cease to have any effect whether it is returned to us or not. This Guarantee also ceases to be valid on our receipt at the bank of your originally signed release by handwriting from our liabilities if such return takes place prior to the stated Final Expiry Date



PETEFISH, SKILES & CO.
— BANK —
ESTABLISHED 1870

To be valid, any demand and the above-mentioned supporting statement shall be in the language of this Guarantee and shall be sent by registered letter or by special courier (e.g. DHL, FedEx, ...) to the bank. A request for utilization of funds under this guarantee is also acceptable if it is sent to us in full by authenticated swift message (TIBBUS44 code) from your bank confirming that your original request was sent to us via registered mail or special courier and that the signatures of the latter are legally binding your party. Other mode of transmission is excluded. Both documents must reach us not later than the expiry date.

Any payments made by us under the terms of this Guarantee shall reduce by the amount of such payments the total value of the Guarantee for the remaining period of its validity. The right to performance under this Guarantee is non-assignable, as is the right to call the Guarantee.

We are informed that you may require the Applicant to extend this guarantee if according to the provisions of the contract the adoption of the works under the contract does not take place before the expiry of this guarantee. Any eventual request must reach our Bank on or before the expiry date of this Guarantee.

This Guarantee shall be subject to the laws of the United States and to the Uniform Rules for Demand Guarantees URDG, publication ICC 758. Any disputes arising thereunder shall be subject to the sole jurisdiction of the competent courts of United States and venue shall be based in the Central District of Illinois.

Sincerely,

Paul A. Reynolds
President/CEO
Petefish, Skiles & Co. Bank
102 West Beardstown St.
Virginia, IL  62691
(217) 452-3041

15. July 2024 The original ZM letter given back to Bank at Peitfish Bank.

ISMET YUCETAS
7/15/2024

VIRGINIA, IL
217-452-3041

PETERSBURG, IL
217-632-2247

HAVANA, IL
309-543-6454

WWW.PETEFISHSKILES.COM



**PETEFISH, SKILES & CO.**
— BANK —
ESTABLISHED 1870

November 27, 2023

**UGS Drilling Chiren DZZD, created and validly existing under the laws of Bulgaria, having its principal office at Str. Damyanitsa 3-5, City of Sofia, Post Code 1619, Bulgaria, BULSTAT 180918644**

**Re:    MEADS-MAES USA CHIREN JOINT VENTRURE COMPANY, created and validly existing under the laws of Bulgaria, having its principal office at: 3 Ogneborets St., City of Sofia, Post Code 1619, Bulgaria, BULSTAT 181043220**

To Whom It May Concern:

This letter is verification that the customer named above has an account with Petefish, Skiles & Co. Bank located at 102 W. Beardstown Street, Virginia, IL 62691.  The routing number associated with the account is 071107262, the account number is ▮▮▮▮▮.  The purpose of this letter is to guarantee that the account is open and active and the customer stated above has access to sufficient financial resources to complete the transaction at hand.

This verification letter is issued without risk or responsibility on the part of the bank or its official.

Sincerely,

*Paul Reynolds*

Paul A. Reynolds
President/CEO
Petefish, Skiles & Co. Bank
102 W. Beardstown St.
Virginia, IL 62691
Phone: (217) 452-3041

VIRGINIA, IL          PETERSBURG, IL          HAVANA, IL          JACKSONVILLE, IL
217-452-3041          217-632-2247          309-543-6454          217-243-9505

WWW.PETEFISHSKILES.COM



**PETEFISH, SKILES & CO.**
— BANK —
ESTABLISHED 1870

November 27, 2023

**UGS Drilling Chiren DZZD, created and validly existing under the laws of Bulgaria, having its principal office at Str. Damyanitsa 3-5, City of Sofia, Post Code 1619, Bulgaria, BULSTAT 180918644**
(hereinafter" The Beneficiary")

**Advance Payment Refund Guarantee**

Dear Sirs,

We, Petefish, Skiles & Company Bank, registered seat at 102 West Beardstown St., Virginia, IL 62691, have been informed that the company: **MEADS-MAES USA CHIREN JOINT VENTURE COMPANY**, created and validly existing under the laws of Bulgaria, having its principal office at: 3 Ogneborets St., City of Sofia, Post Code 1619, Bulgaria, BULSTAT: 181043220 (hereinafter "Applicant") has concluded on November 24ᵗʰ, 2023 a contract [contract number 000058 and/Form of Agreement for LSTK Integrated Project Management Agreement for Drilling 13 UGS wells & Associated Services Regarding to Chiren Underground Storage Expansion Project] with your company UGS Drilling Chiren DZZD , at Str. Damyanitsa 3-5, City of Sofia, Post Code 1619, Bulgaria for Drilling 13 UCS wells & Associated Services Regarding to Chiren Underground Storage Expansion Project (hereinafter referred to as " the Contract"). Under the terms of the said Contract, you have undertaken to make an advance payment of US$'s 21,000,000.00 to the benefit of the Applicant (hereinafter "Advance Payment").

At the Applicant's request, we hereby issue to your benefit this Guarantee (hereinafter "Guarantee") and irrevocably and unconditionally undertake to pay to you any amount (or, possibly, any portion thereof) up to and not to exceed

**US$'s 21,000,000.00 (say: twenty one million US$'s)**

with no objections on your first written demand signed by an authorized representative. Such demand originally signed in handwriting must be forwarded by your bankers for authentication of signature/s of authorized person/s and must be accompanied by your statement originally signed in handwriting certifying that you have made an Advance Payment in conformity with the said Contract and, that the Applicant has breached or failed to observe the terms of the Contract as it has either failed to perform the work in due and timely manner or has failed to supply the goods in conformity with the terms of the Contract contrary to its binding obligation arising thereunder and, that it has failed to refund to you the amount of the Advance Payment made by you. The statement shall identify the breach or failure to observe the terms of the Contract and supporting information.

This Guarantee shall become valid commencing upon the date of its issuance and become effective upon the date of receipt by the Applicant of the Advance Payment to the account No.⬛⬛⬛⬛ held with Petefish, Skiles & Company Bank. This Guarantee shall expire pursuant on April 30, 2024 (hereinafter "Final Expiry Date"). This Final Expiry Date is the latest date for receipt by us of any claims hereunder and after which date this Guarantee shall become null and void and shall cease to have any effect whether it is returned to us or not. This Guarantee also ceases to be valid on our receipt at the bank of your originally signed release by handwriting from our liabilities if such return takes place prior to the stated Final Expiry Date

To be valid, any demand and the above-mentioned supporting statement shall be in the language of this Guarantee and shall be sent by registered letter or by special courier (e.g. DHL, FedEx, ... ) to the bank. A request for utilization of funds under this guarantee is also acceptable if it is sent to us in full by authenticated swift message (TIBBUS44 code) from your bank confirming that your original request was sent to us via registered mail or special courier and that the signatures of the latter are legally binding your party. Other mode of transmission is excluded. Both documents must reach us not later than the expiry date.

Any payments made by us under the terms of this Guarantee shall reduce by the amount of such payments the total value of the Guarantee for the remaining period of its validity. The right to performance under this Guarantee is non-assignable, as is the right to call the Guarantee.

We are informed that you may require the Applicant to extend this guarantee if according to the provisions of the contract the adoption of the works under the contract does not take place before the expiry of this guarantee. Any eventual request must reach our Bank on or before the expiry date of this Guarantee.



**PETEFISH, SKILES & CO.**
— BANK —    ESTABLISHED 1870

This Guarantee shall be subject to the laws of the United States and to the Uniform Rules for Demand Guarantees URDG, publication ICC 758. Any disputes arising thereunder shall be subject to the sole jurisdiction of the competent courts of United States and venue shall be based in the Central District of Illinois.

Sincerely,

Paul A. Reynolds
President/CEO
Petefish, Skiles & Co. Bank
102 West Beardstown St.
Virginia, IL 62691
(217) 452-3041

VIRGINIA, IL
217-452-3041

PETERSBURG, IL
217-632-2247

HAVANA, IL
309-543-6454

JACKSONVILLE, IL
217-243-9505

WWW.PETEFISHSKILES.COM

# UniCredit Bulbank

**UniCredit Bulbank**

1 5 -08- 2024

Изх. № 0911- *58- 027527*

**ORIGINAL**

Sofia, 15.08.2024

To

Petefish, Skiles & Co. Bank
102 West Beardstown St
Virginia, IL, 62691
United States of America
Attention to:
Paul A. Reynolds
President/CEO

Re: Your Advance Payment Refund Guarantee dated November 27, 2023 ("Original Letter") modified by your Letter dated June 10, 2024

Applicant MEADS-MAES USA CHIREN JOINT VENTURE COMPANY, created and validly existing under the law of Bulgaria, having its principal office at: 3 Ogneborets St., City of Sofia, Post Code 1619, Bulgaria, BULSTAT: 181043220,

in favour of UGS Drilling Chiren DZZD , Str. Damyanitsa 3-5, City of Sofia, Post Code 1619, Bulgaria, BULSTAT 180918644 /Beneficiary/

for USD 7,000,000.00 our ref C0006630

Dear Sirs,

With reference to our swift MT 999 dated 15/08/2024, sent to ███████████ as per l/g terms /copy enclosed to the present/, please find herewith enclosed originals of:

- beneficiary's first written Demand for Payment under Advance Payment Refund Guarantee dated June 10, 2024 and Advance Payment Refund Guarantee dated November 27, 2023 ("Original Letter"), originally signed in handwriting by an authorized representative
  and
- beneficiary's Statement, originally signed in handwriting, of Contractor's breach in relation to Demand for Payment under Advance Payment Refund Guarantee dated June 10, 2024 and Advance Payment Refund Guarantee dated November 27, 2023 ("Original Letter"). The Statement includes all necessary document to identify the breach or failure to observe the terms of the Contract and all supporting document and information supporting the breach or failure to observe the terms of the Contract.

Without any engagement on our part, but for authentication of signatures of authorized persons only, we, UniCredit Bulbank AD, Sofia as beneficiary's bankers, confirm that the signatures on the Demand for Payment under Advance Payment Refund Guarantee dated June 10, 2024 and Advance Payment Refund Guarantee dated November 27, 2023 ("Original Letter") and Statement of Contractor's breach in relation to Demand for

UniCredit Bulbank
7 Sv. Nedelya Sq.
1000 Sofia, Bulgaria
BIC: UNCRBGSF
Tel +359 2 9232 111



**UniCredit Bulbank**

Payment under Advance Payment Refund Guarantee dated June 10, 2024 and Advance Payment Refund Guarantee dated November 27, 2023

("Original Letter") of UGS Drilling Chiren DZZD, Str. Damyanitsa 3-5, City of Sofia, are legally binding upon beneficiary.

Please effect payment as requested by beneficiary.

Assuring you of our best co-operation.

Enclosure: as per text

Yours faithfully,

UNICREDIT BULBANK AD

/D. Vlahova/　　/A. Dimitrova/

```
-------------------- Instance Type and Transmission --------------
Notification (Transmission) of Original sent to SWIFT (ACK)
Network Delivery Status  : Network Ack
Priority/Delivery        : Normal
Message Input Reference  :
------------------------------ Message Header ------------------------
Swift Input                    : FIN 999 Free Format Message
Sender   :
            UNICREDIT BULBANK AD
            SOFIA BG
Receiver :
            TIB, NATIONAL ASSOCIATION
            FARMERS BRANCH,TX US
------------------------------ Message Text ---------------------------
```

20: Transaction Reference Number
    C0006630 - P.1/2
21: Related Reference
    ADVANCE PMNT GTE
79: Narrative
    RE:Advance Payment Refund Guarantee dated
    November 27, 2023 ('Original Letter') modified by
    your Letter dated June 10, 2024
    Applicant MEADS-MAES USA CHIREN JOINT VENTURE
    COMPANY, created and validly existing under the
    law of Bulgaria, having its principal office at:
    3 Ogneborets St., City of Sofia, Post Code 1619,
    Bulgaria, BULSTAT: 181043220,
    in favour of UGS Drilling Chiren DZZD , Str.
    Damyanitsa 3-5, City of Sofia, Post Code 1619,
    Bulgaria, BULSTAT 180918644 /Beneficiary/
    for USD 7,000,000.00 our ref C0006630

    Without any engagement on our part, but for
    authentication purposes only, we confirm that
    we are sending by FedEx courier /AWB 241502719/
    to Petefish, Skiles and Co. Bank, 102 West
    Beardstown St, Virginia, IL, 62691, United States
    of America, Attention to: Paul A. Reynolds
    President/CEO, originals of:
    + beneficiary's first written Demand
    for Payment under Advance Payment Refund
    Guarantee dated June 10, 2024 and Advance Payment
    Refund Guarantee dated November 27, 2023
    ('Original Letter'), originally signed in
    handwriting by an authorized representative
    and
    + beneficiary's Statement, originally signed in
    handwriting, of Contractor's breach in relation
    to Demand for Payment under Advance Payment
    Refund Guarantee dated June 10, 2024 and Advance
    Payment Refund Guarantee dated November 27, 2023
    ('Original Letter').

    CONTINUES ON NEXT MT999 - P.2/2
```
---------------------------- Message Trailer -------------------------
{CHK:EF73FEB7B3A9}
---------------------------- Interventions ---------------------------
Category      : Network Report
Creation Time : 15/08/24 09:58:49
Application   : SWIFT Interface
Operator      : SYSTEM
Text
```

```
-------------------- Instance Type and Transmission --------------
Notification (Transmission) of Original sent to SWIFT (ACK)
Network Delivery Status  : Network Ack
Priority/Delivery        : Normal
Message Input Reference  : ███████████████
----------------------- Message Header ------------------------
Swift Input              : FIN 999 Free Format Message
Sender    : ██████
            UNICREDIT BULBANK AD
            SOFIA BG
Receiver  : ██████
            TIB, NATIONAL ASSOCIATION
            FARMERS BRANCH,TX US
----------------------- Message Text --------------------------
 20: Transaction Reference Number
     C0006630 - P.2/2
 21: Related Reference
     ADVANCE PMNT GTE
 79: Narrative
     The Statement includes all necessary document to
     identify the breach or failure to observe the
     terms of the Contract and all supporting document
     and information supporting the breach or failure
     to observe the terms of the Contract.

     Without any engagement on our part, but for
     authentication of signatures of authorized
     persons only, we, UniCredit Bulbank AD, Sofia
     as beneficiary's bankers, confirm that the
     signatures on the Demand for Payment under
     Advance Payment Refund Guarantee dated June 10,
     2024 and Advance Payment Refund Guarantee dated
     November 27, 2023 ('Original Letter') and
     Statement of Contractor's breach in relation to
     Demand for Payment under Advance Payment Refund
     Guarantee dated June 10, 2024 and Advance Payment
     Refund Guarantee dated November 27, 2023
     ('Original Letter') of UGS Drilling Chiren DZZD,
     Str. Damyanitsa 3-5, City of Sofia, are legally
     binding upon beneficiary/

     PAYMENT IS TO BE EFFECTED AS REQUESTED BY
     BENEFICIARY.

     OUR LETTER DD 15/08/2024 OUTGOING NO.
     0911-58-027527
     TO
     Petefish, Skiles and Co. Bank
     102 West Beardstown St
     Virginia, IL, 62691
     United States of America
     Attention to: Paul A. Reynolds President/CEO,
     REFERS.
     BEST REGARDS UNICREDIT BULBANK AD
----------------------- Message Trailer -----------------------
{CHK:4233FE4AB92E}
----------------------- Interventions -------------------------
Category      : Network Report
Creation Time : 15/08/24 09:58:49
Application   : SWIFT Interface
Operator      : SYSTEM
Text          ███████████████████████████
```

**UGS Drilling Chiren DZZD**

*Out No.:* ПГИЗ000165/12.08.24г.

**TO:**
**Petefish, Skiles & Co. Bank**
102 West Beerdstown St.,
Virginia, IL, 62691
United States of America

**Attention to:**
**Paul Reynolds**
**President/CEO**

**FROM:**
**UGS Drilling Chiren DZZD**
Str. Damyanitsa 3-5,
City of Sofia, Post Code 1619, Bulgaria,
BULSTAT 180918644
("**Company**")

**Subject:** **Statement of Contractor's breach in relation to Demand for Payment under Advance Payment Refund Guarantee dated June 10, 2024  and Advance Payment Refund Guarantee dated November 27, 2023 (Original Letter)**

**Date:** **August 12, 2024, Sofia, Bulgaria**

**Dear Sirs**

In relation to our demand of August 6, 2024 under the Advance Payment Refund Guarantee dated June 10, 2024 (the "**Bank Guarantee**") issued by your bank upon the request of MEADS-MAES USA CHIREN JOINT VENTURE COMPANY, created and validly existing under the law of Bulgaria, having its principal office at: 3 Ogneborets St., City of Sofia, Post Code 1619, Bulgaria, BULSTAT: 181043220 (the "**Contractor**" or "**Applicant**"), being a contractor under the contract as defined in the Bank Guarantee (namely: contract number 000058 and/Form of Agreement for LSTK Integrated Project Management Agreement for Drilling 13 UGS wells & Associated Services Regarding to Chiren Underground Storage Expansion Project, dated 24/11/2023) (the "**Contract**"),

*Capitalised terms used herein, if not expressly defined, shall have the meaning attributed thereto in the Contract or the Bank Guarantee.*

**We hereby declare that as of the date hereof  UGS Drilling Chiren DZZD has** made the advance payment in the total amount of USD $21,000,000.00 (say: twenty one million US dollars) for the benefit of Applicant in conformity with the Contract, by two payment orders of December 5, 2023 and December 6, 2023, to the Applicant bank account held within your bank and the Applicant has failed to refund to **UGS Drilling Chiren DZZD** the total amount  the advance payment .

**We hereby declare that as of the date hereof the Contractor  has failed to observe the terms of the Contract as it has both (1) failed to supply all goods and materials in conformity with the terms of the Contract, and (2) has failed to perform the work in due and timely manner.**

    **I.** **Failure to perform the work in a due and timely manner.**

UGS Drilling Chiren DZZD

Applicant has two major obligations under the Contract that should have been fulfilled within strict deadlines prior to the beginning of the Drilling Works, and which have been secured through the Bank Guarantee:

I.      the preparation of Well Designs and Drilling Programme due within 45 days after the materials' technical specifications were approved by the Employer (Bulgartransgaz EAD, UIC: 175203478) under the Contract, which term expired on 7 February 2024 (cl. 15.3 of Contract); and

II.     delivery of all Deliverables (materials and equipment necessary for the Wells) in accordance with approved technical specifications and Well Designs / Drilling Program accompanied by applicable documents and certifications proving their fitness for use (Cl. 4.4 and Cl. 12.4 of Contract).

Applicant is in default to complete both of these two major obligations prior to the spud of the Wells, both of which reflect a failure to perform the work in a due and timely manner.

Applicant has been delinquent in finalizing all Well Designs since 7 February 2024. With the support of third-party subcontractors of Company, only two Wells have been permitted for construction up to date. Contractor has failed to complete and deliver the Well Designs and Drilling Program for the remaining 11 Wells.

o   As a result of the above, Company has not been possible to obtain construction permits for the remaining 11 Wells necessary for the commencement of execution of the drilling Works under the Contract.

o   Since the issuance of construction permits for all remaining 11 Wells is impossible due to the above incomplete Works by Applicant, the Applicant cannot be and has not been called (by a duly Call Out Order) to finalise his Mobilization and commence the Drilling Works. (And see, as discussed below,

## II.      Missing documents and certifications for the materials and equipment.

Applicant also has consistently failed to provide all contractually and legally required documentation and certificates for the materials and equipment that need to be put into the Wells. This makes it impossible for Company and Employer to use and accept for use the delivered equipment and materials (Cl. 12.4 of Contract).

Due to the above, the materials and equipment cannot be and have not been yet accepted by Company and Employer; and may not be used at the moment for performance of any Works. Therefore, materials and equipment without the necessary documents and certifications cannot be considered duly delivered.

## III.     Impact of Contractor's defaults and Contractors' response.

Contractor's defaults are causing huge delays under the Project, which puts Company into great risks of penalties towards the Employer.

We tried to mitigate this risk by proposing in July 2024 that Contractor could perform a "partial call out" for the first two Wells, which has been permitted by Employer. Instead of engaging into performing the Drilling Works in the first two Wells or finalising all pending Well Designs as required under the Contract, Contractor refused to achieve partial mobilisation and perform the first two Wells permitted for construction, and instead sent us a notice that he suspends his Work. The Contract does not permit for Contractor's suspension of the Work.

We understand from the fact that there are still missing items and documents to be provided, that the true reason for Applicant's suspension of the Work is that critical items of the Deliverables plus accompanied documentation are still not delivered by Contractor in compliance with the Contract (as discussed above) and as such Contractor cannot technically perform even one Well.

**UGS Drilling Chiren DZZD**

**IV.    Contractor's bad faith attempt to invalidate bank guarantee.**

In addition to the above, as you know, on 16 July 2024, we were informed by Petefish, Skiles & Co. Bank that the representative and owner of the Applicant, Mr İsmet Yücetaş, had attempted without our knowledge and consent and in breach of the Contract (which requires the Bank Guarantee until at least November 24, 2024) and good-faith business customs, to unilaterally invalidate the Bank Guarantee by returning the original to your bank.

Such release of the Bank Guarantee was not approved by Company and the original thereof has been sent directly from the bank to our lawyers in the US. We appreciate the diligent and compliant conduct of Petefish, Skiles & Co. Bank in this regard.

However, the unilateral actions taken by the Applicant's legal representative and owner are in breach of the Contract and raise significant concerns for Company that Applicant will continue avoiding performance of its duties and obligations under the Contract.

We have notified the Applicant on numerous occasions of its continuous defaults and have allowed Applicant many additional opportunities to complete his duties and obligations. Yet, this has been to no avail as Applicant still fails to perform his obligations. We enclose herein for your reference relevant correspondence (all necessary and supporting documents) from us to the Applicant, which demonstrates the above described breaches and default of the Applicant under the Contract.

Enclosed documents:

1. Letter from UGS Drilling Chiren DZZD to Applicant, dated: 5 June 2024. re 'Notice to complete Drilling Program and deliver Deliverables according to specifications, and extend Advance Payment Bank Guarantee'.

2. Letter from UGS Drilling Chiren DZZD to Applicant, dated:9 July 2024, re: 'Completion of Well Designs'.

3. Letter from UGS Drilling Chiren DZZD to Applicant, dated:25 July 2024, re: Equipment certification and documentation review

4. Letter from Hill International to Applicant, technical manager of the Project for Company, dated 30 July 2024, with attached report: 'Inspection of List of Equipment and Materials and related Documentation';

5. Letter from UGS Drilling Chiren DZZD to Applicant, dated 31 July 2024;

6. Letter from UGS Drilling Chiren DZZD to Applicant, dated 1 August 2024, re 'Equipment certification and documentation review'.

Yours sincerely: .........................
**Maya Pencheva,**
**Representative**
**UGS DRILLING CHIREN DZZD**

**UGS Drilling Chiren DZZD**

*Out No.:* ПГ-н3000126/05.06.2024г.

**TO:**
**MEADS-MAES USA CHIREN JOINT VENTURE COMPANY DZZD**
BULSTAT: 181043220
3 Ogneborets St., City of Sofia, Post Code 1619, Bulgaria

**Attention to:**
**Mr İsmet Yücetaş**
Legal representative
y.ismet@me-ads.com

| | |
|---|---|
| **RE:** | **LUMP SUM TURN KEY INTEGRATED PROJECT MANAGEMENT CONTRACT FOR DRILLING 13 UGS WELLS AND ALL ASSOCIATED SERVICES REGARDING CHIREN UNDERGROUND GAS STORAGE EXPANSION PROJECT No. 000058 dated 24/11/2023 (the "Contract")** |
| **Subject:** | **Notice to complete Drilling Program and deliver Deliverables according to specifications, and extend Advance Payment Bank Guarantee** |
| **Date:** | **5 June 2024** |

*Capitalised terms used herein shall have the meaning attributed thereto in the Contract, unless the context where used herein suggests otherwise.*

**Dear Mr Yücetaş,**

In relation to the Contract referred above, and in response to your email dated 4 June 2024 with Subject: "CHIREN UGS PROJECT- ABOUT ISSUING THE FIRST INVOICE", we would like to confirm to you our position on the progress of performance of the Contract by MEADS-MAES USA CHIREN JOINT VENTURE COMPANY DZZD ("**Contractor**" or "**MEADS**").

We would like to confirm that **we hereby reject in full your invoice No. 0000000004 dated 3.6.2024** sent to us by your above referred email as not due and payable. Thus, **we hereby reject your request for payment of the sum of 11,963,076.90- EURO (eleven million nine hundred sixty-three thousand seventy six EUROs and 90 EURO cents)** representing 20 % (twenty percent) of the price for 12 (twelve) Wells as not due and payable.

There are no grounds for issuance of such invoice and payment of the said sum for the following reasons:

- According to Clause 18.10 of the Contract:

  *"After timely and duly completion of the mobilization of the Drilling Rigs and all other equipment and material which will be required to complete Drilling of the Wells (which cannot be shorter than 40 days before the first Well spud date as confirmed by Company Representative's notice) the Contractor will invoice the 20 % (twenty percent) of the price for 12 (twelve) Wells".*

- The above conditions under Clause 18.10 have not been met. As of the date hereof, you are well aware that:

  - You have changed the initially approved by Bulgartransgaz EAD ("**Employer**") technical specifications of the Deliverables and other equipment and materials that you have to deliver on Site for the performance of the Drilling Works. As you are aware, Employer has still not approved the technical specifications that you have changed.

**UGS Drilling Chiren DZZD**

- o   You are very well aware that you have not delivered on Site all materials, goods, and Deliverables "*necessary to complete Drilling of the Wells*", in accordance with technical specifications approved by the Employer under the Contract. Some, but not all, materials and goods have been delivered on Site by Contractor, but such have not been approved by the Employer as compliant with the technical specifications and the Contract requirements yet.

- o   As per Clause 15.3, the Well Design (detailed Drilling Program) may be approved and accepted by Employer only if it is based on the approved by Employer list of Deliverables. Therefore, the Well Designs (Drilling Program) is still not accepted and approved by Employer either.

- o   As a result of the above, it has not been possible for us to obtain construction permits necessary for the commencement of execution of the drilling Works under the Contract, because such shall be based on the detailed Drilling Program (Well Designs).

- o   Therefore, as already explained to you on many occasions, we have not been in a legal and technical position to send you a Call Out Order to complete the Mobilization, and you are not entitled under the contract to complete the Mobilization and announce readiness to commencement Drilling.

- •   In view of the above, the conditions envisaged in Clause 18.10 of the Contract have not been met and you are not entitled to issue the invoice for the First Payment and request payment of the remaining sum of 20% of the price for 12 (twelve) Wells.

Further to the above, we would like to remind you about your obligation under Clause 19.1 to maintain a valid Advance Payment Bank Guarantee until the spud of the first Well occurs and until all other conditions under Clause 19.1.2 have been met in order for us to release such Bank Guarantee.

Due to the above described incomplete progress of Work, and the lack of grounds for issuance of a Call Out Order for completion of the Mobilization, you shall extend the validity of the Advance Payment Bank Guarantee dated May 10, 2024, with Final Expiry Date June 10, 2024, issued by Petefish, Skiles & Co according to the Contract requirements. Due to the continuous work to complete the Drilling Program and deliver all Deliverables and other equipment and material in compliance with approved technical specifications, we hereby request you to extend the Advance Payment Bank Guarantee in accordance with Clause 19.1.1 of the Contract until at least 12 months after the Effective Date, ie until 24 November 2024. If you fail to provide to us an original of such extension before the Final Expiry Date of the current Advance Payment Bank Guarantee, ie until June 10, 2024, we shall demand payment of the sum under the said Bank Guarantee in full.



**Yours sincerely:** ..........

**Maya Pencheva,**
**Representative**
**UGS DRILLING CHIREN DZZD**

**UGS Drilling Chiren DZZD**

*Out No.:* ПГИ3000136/9.7.2024г.

**TO:**
**MEADS-MAES USA CHIREN JOINT VENTURE COMPANY DZZD**
BULSTAT: 181043220
3 Ogneborets St., City of Sofia, Post Code 1619, Bulgaria

**Attention to:**
**Mr İsmet Yücetaş**
Legal representative
y.ismet@me-ads.com

RE:          **LUMP SUM TURN KEY INTEGRATED PROJECT MANAGEMENT CONTRACT FOR
             DRILLING 13 UGS WELLS AND ALL ASSOCIATED SERVICES REGARDING
             CHIREN UNDERGROUND GAS STORAGE EXPANSION PROJECT No. 000058
             dated 24/11/2023 (the "Contract")**

Subject:     **Completion of Well Designs**

Date:        **9 July 2024**

*Capitalised terms used herein shall have the meaning attributed thereto in the Contract, unless the context
where used herein suggests otherwise.*

**Dear Mr Yücetaş**

In relation to the Contract referred above, we hereby notify you that Employer has approved the Well
designs for Wells O-2 and E-83. We shall submit them to the competent authorities for further approvals
as part of the process for issuance of a construction permit. We will keep you informed of the development
of this process accordingly.

In order to minimize further delays, we hereby request that you complete, in collaboration with Hill
International, the detailed engineering and designs of all other Wells, as per your obligation under Clause
15.3 of the Contract.

We hereby grant you further 30 calendar days to provide to use the completed and final detailed
engineering and designs of all remaining 11 (eleven) Wells. We would expect you to inform us about the
progress of completing the designs on regular basis and always upon our or Hill International's request to
you.

We reserve all rights, remedies, claims, and defences we may have under contract or law, and this letter
shall not be construed as a waiver of any such rights, remedies, claims, or defences.

Yours sincerely: ..................................
**Maya Pencheva,**
**Representative**
**UGS DRILLING CHIREN DZZD**

**UGS Drilling Chiren DZZD**

*Out No.:* ПГИ3000150 /25.04.24г.

**TO:**
**MEADS-MAES USA CHIREN JOINT VENTURE COMPANY DZZD**
BULSTAT: 181043220
3 Ogneborets St., City of Sofia, Post Code 1619, Bulgaria

**Attention to:**
**Mr İsmet Yücetaş**
Legal representative
y.ismet@me-ads.com

**RE:**    **LUMP SUM TURN KEY INTEGRATED PROJECT MANAGEMENT CONTRACT FOR DRILLING 13 UGS WELLS AND ALL ASSOCIATED SERVICES REGARDING CHIREN UNDERGROUND GAS STORAGE EXPANSION PROJECT No. 000058 dated 24/11/2023 (the "Contract")**

**Subject:**    **Equipment certification and documentation review**

**Date:**    **25 July 2024**

*Capitalised terms used herein shall have the meaning attributed thereto in the Contract, unless the context where used herein suggests otherwise.*

**Dear Mr Yücetaş,**

In relation to the Contract referred above, on 16 July 2024 representatives of MEADS-MAES USA CHIREN JOINT VENTURE COMPANY DZZD ("**Contractor**") handed over to Company a List of Materials and Documents and, on a USB stick in digital format, copies of a series of documents related to the equipment and materials delivered on Site as Deliverables.

The List of Materials and Documents should have covered all Deliverables that Contractor is obliged to deliver for the performance of the Works.

The documents and certificates to any and all Deliverables shall be provided to Company and Employer for verification and acceptance in accordance with Clause 12.4 of Contract and points 8.10.1-4 of the Technical Specifications of the Main Contract, as notified by us in our previous correspondence (e.g. for reference our Letter ПГИ3000135/04.07.2024).

Our technical team has reviewed the List of Materials and Documents and the documents provided by you on 16 July 2024.  Based on such documentary review, we find incomplete stock of the delivered materials and equipment and a lot of discrepancies, omissions, and incomplete package of the necessary documentation, as described in the '**Inspection of List of Equipment and Materials and related Documentation**' appended hereto.

Note that the technical report on the Deliverables is only based on the documents you provided, and Company or Employer have not completed a visual inspection of the actually delivered and available on Site materials and equipment.

We also remind you once again that we need to be handed over the originals of all documents and certificates.

We note that our warnings about wrong and/or incomplete Deliverables delivered on Site have been ongoing since the beginning of this year when you first delivered materials and equipment on Site.  We note that you are doing little to accelerate or improve the process despite our numerous notices and requests to you.

**UGS Drilling Chiren DZZD**

We hereby request that you review carefully what is missing or incomplete in the 'Inspection of List of Equipment and Materials and related Documentation' and **within 48 hours of receiving this letter** do provide to us:

1.  Evidence that missing materials have been ordered from suppliers and payment has been made for delivery or already delivered on Site.

2.  Evidence when all missing Deliverables are expected to be delivered on Site (Time schedule for delivery).

3.  Copy of all missing documents and certificates to the delivered equipment and materials.

4.  Original of all documents and certificates to the delivered equipment and materials.

5.  An exhaustive list (bill of quantity) of all materials and equipment that you must deliver in accordance with the Contract, indicating per Well: (i) description of the materials/equipment; (ii) quantities, (iii) technical specifications, (iv) manufacturer.

If you fail to provide the above within the specified deadline, we shall consider that you are not able and will not be able to perform your obligations under the Contract on time and/or in accordance with the contractual and legal requirements. Therefore, and considering your continuous delays and incapability to perform your other obligations under the Contract in strict compliance with the contractual and legal terms and conditions and in line what is expected from a reasonable contractor in the oil and gas industry, we shall consider taking appropriate measures to terminate the Contract and enforce the available remedies to protect our rights.

We reserve all rights, remedies, claims, and defences we may have under contract or law, and this letter shall not be construed as a waiver of any such rights, remedies, claims, or defences.

*Enclosed herewith are the following documents:*

1.  **Inspection of List of Equipment and Materials and related Documentation**

**Yours sincerely:** ................................................

**Maya Pencheva,**
**Representative**
**UGS DRILLING CHIREN DZZD**

**UGS Drilling Chiren DZZD**

## Inspection of List of Equipment and Materials and related Documentation

LUMP SUM TURN KEY INTEGRATED PROJECT MANAGEMENT CONTRACT FOR DRILLING 13 UGS WELLS AND ALL ASSOCIATED SERVICES REGARDING CHIREN UNDERGROUND GAS STORAGE EXPANSION PROJECT No. 000058 dated 24/11/2023 ("**Contract**")

### Company: UGS Drilling Chiren DZZD

### Contractor: MEADS-MAES USA CHIREN JOINT VENTURE COMPANY

*Capitalised terms used herein shall have the meaning attributed thereto in the Contract, unless the context where used herein suggests otherwise.*

*This Inspection report is based exclusively on documentary review of the Table of Materials and Equipment List and the documents provided by Contractor on USB stick evidenced by Equipment Certification and Documents for Preliminary Review Handover Protocol of 16 July 2024.*

*Company or Employer have not performed a visual inspection of the actually delivered and available on Site materials and equipment.*

*This report does not represent acceptance of the delivered materials and equipment or accompanied documents. Final acceptance is subject to Company's and Employer's visual inspection of the materials and equipment and provision of all due documents and certificates in original, as per Contract terms and the requirements of the Main Contract.*

## 1.    TECHNICAL CASING STRINGS

### 1.1.  CONDUCTOR PIPE 20"

#### 1.1.1. Delivery from October 2023 by ME-ADS from Turkey

1) Bill Of Lading (CMR) -s from 02.10.2023 for 14 pcs of pipes for 10200kg

2) Packing list dated 28.09.2023 from ME-ADS for 14 pcs of pipes d=508 mm L=6m for 10200kg - without detailed description for pipe numbers and tallies

3) Certificate of origin from Turkey for (ADDR:14 CAPS 23-03346) 14 pcs. of pipes for 10200kg

4) Test certificate dated 11.11.2022 from Turkey for tubes d=508 mm t=10mm - 134x6m = 804m described by numbers but not specified exactly which ones were delivered to us.

5) A.TR Certificate No. F 1479351 Date of issue: 02.10.2023, ADDR: 14 caps 23-03346, 10200 kg;

Missing:

- Detailed packing list for the pipes delivered with pipe numbers; ID Heat No. for each pipe
- Declaration of conformity for the pipes supplied;

**UGS Drilling Chiren DZZD**

### 1.1.2. Delivery from 10.2023 by TB "MAYAK-M JSC" Burgas

1) Declaration dated 12.07.2024 from TB "MAYAK-M AD" Burgas for the origin from Romania of 6 pcs of pipes ф508х8 - 71.09m, with quoted quality certificate №Z014-9 0d 09.01.2024.

2) Declaration dated 12.07.2024 from TB "MAYAK-M AD" Burgas for compliance of pipes ф508х8 with quoted quality certificate №Z014-9 0t 09.01.2024.

3) Dispatch note dated 11.01.2024 from TB "MAYAK-M JSC" Burgas for pipes ф508х8 - 71.09m;

4) Certificate of inspection to №EN10204:204/3.1 to №Z014-9 0dated 09.01.2024 from COMTECH CO, S.R.L., Zimnicea, Romania, for 6pcs of pipes ф508х8 - length 71.09m

Missing:

- Detailed inventory of the pipes supplied with pipe numbers; ID Heat No. for each pipe;

### 1.2. SURFACE CASING 13 3/8"

**Delivery from January 2024 - 5 deliveries of 121pcs of pipes, 1393,35m from Aydin Boru End A.S.**

1) Declared total ordered quantity - 121 pcs - the quantity is done without any reserve! It is necessary to supply technological reserve - min.5% according to good industry practices

2) Bill of lading (BILL OF LADING (CMR) - 5pcs - for one of them there is no signature and stamp for delivery made by seller Aydin Boru

3) Packing slips 5pcs - without pipe numbers

4) Certificate of Origin dated 22.01.2024 from China for 22pcs of pipes for 20050kg

5) Test Certificate No. QZJ/TG8301135-05153-2023 dated 29.05.2023 from Shandong Molong Petroleum Machinery Co., Ltd for buyer Aydin Boru End A.S. for 180pcs, 2069.19m without pipe numbers listed

Missing:

- Detailed packing slips for pipes supplied with pipe numbers; ID Heat No. for each pipe
- Signature and stamp of 1 BILL OF LADING (CMR); (with Packing list No. 21620233852, Drivers's ID);
- Certificate of Origin from China for the remaining 99pcs of pipes
- Declaration of Conformity from Aydin Boru End A.S. for the 121 pcs of pipes delivered with pipe numbers;
- Declaration of Conformity from Shandong Molong Petroleum Machinery Co., Ltd for 180 pcs, 2069.19m pipes with pipe numbers as per Test Certificate No. QZJ/TG8301135-05153-2023 dated 29.05.2023 with corresponding Heat No.

### 1.3.INTERMEDIATE CASING 9 5/8" BTC L-80

**Delivery from January 2024 and February 2024 - 35 deliveries of 858 pcs of pipes, 10026,863m, 734810kg from Liberty Ostrava**

**UGS Drilling Chiren DZZD**

1) Declared total ordered quantity - 858 pcs - the quantity is done without any reserve! It is necessary to supply technological reserve -minimum 5% according to good industry practices

2) Bill of lading (CMR) - 35pcs.

3) Transport document 35pcs with number of packages and weight only

4) Packing list from supplier Liberty Ostrava a.s.- 16pcs summarized and recapitulated, having only pipe counts, total length and total weight by delivery;

5) Letter-declaration of origin dated 12.07.2024 from Liberty Ostrava for pipes according to test certificate No. 70087/24

6) Test certificate No. 70087/24 dated 18.01.2024 including an inventory of all pipes by number and by packing list

Missing:

- The following packing pipes (Bundle) are missing In Packing list documents: Bundle No.220 ;
- Bundle No. 254 is duplicated in Packing documents: RC Nr. 8 from 26/01/2024 and in RC Nr. 17 from 29/01/2024;

## 2.      PRODUCTION CASING STRING 7" and 4 ½"

### 2.1.   Casing 7" Cr13 Tenaris Blue

**Delivery from March 2024 - 22 deliveries of 1 094pcs of pipes, 12 811,73m, 502 909kg.**

1) Declared total ordered quantity - 1094 pcs - the quantity is done without any reserve! It is necessary to supply technological reserve -minimum 5% according to good industry practices

2) Bill of lading (CMR) - 22 pcs. for 1 pcs no signature and stamp for delivery by Client

3) Transport document 22pcs.

4) Detailed packing list 22pcs. - for the delivered pipes with pipe numbers;

5) Certificate of Origin No. GS2312399, 365 pcs dated 22.09.2023 from Japan for 167 556kg of pipes - diameter of the pipes and steel grades are missing in the certificate

6) Declaration of Origin Statement No.: 16/2024 dated 09.07.2024 from Tenaris Silcotub to ME-ADS, but invoices and other documents are missing to specify which deliveries it refers to; also, diameter of the pipes and steel grades are missing in the certificate

7) Test certificate No. B 85862-1 dated 17.09.2021 from Tenaris , to buyer Vankorneft JSK for 1 089pcs, 12 600,92m without pipe numbers described

Missing:

- Certificate of Origin for the pipes supplied. There is only for one part from Japan, but as there is no inventory with the pipe tallies we cannot determine for which part of the delivered pipes we have a certificate of origin;
- Signature and stamp of 1 pc. BILL OF LADING (CMR); (Data form BILL OF LADING (CMR): 586.99m 23068 kg);
- To the Declaration of Origin dated 09.07.2024 from Tenaris Silcotub to ME-ADS, attach the invoices /values can be deleted/ and other documents to clarify which deliveries it refers to;

**UGS Drilling Chiren DZZD**

- There is no inventory with the pipe tallies attached to the submitted test certificate and it is not possible to determine which of the supplied pipes it refers to. There should, since the certificate is for another buyer, be a declaration of conformity from Tenaris stating where, how and in what condition these pipes were stored after manufacture
- Declaration of Conformity from Tenaris Silcotub for the 1,094pcs of pipe supplied with pipe tallies;

## 2.2.  Casing φ7" L-80 and P110

**Delivery from February 2024 - 4 deliveries of 169pcs of pipes, 2089,74m from Tenaris**

Declared total ordered quantity - 98 pcs. P110 and 216 pcs L80 - the quantity is done without any reserve! It is necessary to supply process reserve -minimum 5% according to good industry practices

- Bill of lading (CMR) - 4pcs.

- Transport document 4pcs.

- Detailed packing list 4pcs. - for the delivered pipes with pipe numbers;

- Certificate of Origin No. AR-22-23684 dated 21.01.2022 from Argentina for 320pcs pipes for 161,746kg, missing pipe diameter to which the certificate refers and steel grade;

- Certificate of origin dated 11.07.2024 from Mexico for 106 pcs of pipes for 49 631 kg

- Declaration of Origin dated 09.07.2024 from Tenaris Silcotub to ME-ADS, but invoices and other documents are missing to clarify to which deliveries it refers;

- Test certificate No2022113217 dated 27.05.2022 from Tenaris for L80 TYPE1 for 320pcs 161 746kg without pipe numbers described

- Test Certificate No22050415 dated 21.07.2022 from Tenaris for P110/P110-ICY PSL1 for 493pcs 231 320kg. without pipe numbers described

- Test certificate No24047304 dated 09.07.2024 from Tenaris for P110/P110-ICY PSL1 for 106pcs 49 631kg. without pipe numbers described

Missing:

- The Certificates of Origin and Test Certificates submitted are missing the inventory with the certified pipe numbers to identify the supplied with which certificate;
- To the Declaration of Origin dated 09.07.2024 from TenarisSilcotub to ME-ADS, attach the invoices /values can be deleted/ and other documents to clarify to which supplies it refers;
- Declaration of conformity for the pipes supplied by Tenaris with the pipe number supplied

## 2.3.  Casing 4 1/2" J-55

Deliveries dated 08.02.2024; 09.03.2024 and 26.06.2024 from Tenaris

**UGS Drilling Chiren DZZD**

Declared total ordered quantity - 252 pcs - the quantity is done without any reserve! It is necessary to supply technological reserve -minimum 5% according to good industry practices

- Bill of Lading (CMR) dated 08,02,2024 - there are three packing glides quoted, two of which are missing and the one attached in documents No. 105853749 is for 38pcs of 4.1/2" but L-80 pipes; There is a transport document No. 105858045 for 30pcs of 4 ½" pipes of 369.53m length;

- Bill of lading (CMR) for delivery on 09,03,2024 - there is a packing slip No. 105859373 for 101pcs of 4.1/2", J-55 pipes with a length of 1242.33m

- Bill of lading (CMR) for delivery on 26,06,2024 - there is a packing slip No. 106423314 for 95pcs of 4.1/2", J-55 pipes with length 1276,65m;

- Transport document 3pcs for 226pcs of pipes 4 ½" with length 2888,51m

- Detailed packing list 2pcs. - for 196pcs of pipes delivered with length of 2518.98m with pipe numbers; Detailed Packing List No. 105858045 for 30pcs of pipes 4 ½" with length of 369.53m is missing;

- Declaration of Origin dated 09.07.2024 from Tenaris Silcotub to ME-ADS, but invoices and other documents are missing to specify which supplies it refers to;

- Test certificate dated 06,02,2024 from Tenaris for one delivery - 30pcs of 369.53m length; missing for other pipes;

Missing:

- Detailed packing list No. 105858045 for 30pcs of 4 ½" pipe 369.53m long;
- Test Certificates for two of the deliveries - to No. 105859373 for 101pcs of 4.1/2", J-55 pipe 1242.33m long and to No. 106423314 for 95pcs of 4.1/2", J-55 pipe 1276.65m long;
- To the Declaration of Origin dated 09.07.2024 from TenarisSilcotub to ME-ADS, attach the invoices /values can be deleted/ and other documents to clarify to which supplies it refers;
- Declaration of conformity from TenarisSilcotub for the pipes supplied with an inventory of the pipe numbers

## 3.   PRODUCTION CASINGS 5 1/2" AND 4"

### 3.1.   Casing 5 ½" L-80

Deliveries from February 2024 to June 2024 - 8 deliveries

Declared total ordered quantity - 370 pcs - the quantity is done without any reserve! It is necessary to supply technological reserve -minimum 5% according to good industry practices

- Bill Of Lading (CMR)- s - 8 pieces for delivered materials for 174243 kg

- Transport documents - 9 pcs for 385 pcs of pipes delivered with a length of 5170,27 m and weight of 118918 kg. Apparently, several documents are missing;

- Packing slips 9pc for 385pc pipes delivered 5170,27m long and weighing 118918kg. With pipes described by number. Apparently, several documents are missing;

**UGS Drilling Chiren DZZD**

- Declaration of Origin dated 09.07.2024 from Tenaris Silcotub to ME-ADS, but invoices and other documents are missing to specify which deliveries it refers to;

- Test Certificates dated 14.02.2024 from Tenaris Silcotub for only two of the deliveries for 1698.20m pipes, 127pcs. Other certificates are missing.

Missing:

- Several transport documents and packing slips for about 55 t of pipes to match the submitted Bill Of Lading (CMR)-s

- Certificates of origin from Tenaris Silcotub for the remainder of the pipes delivered /only for 127 pcs of 1698.2m/;

- To the Declaration of Origin dated 09.07.2024 from TenarisSilcotub to ME-ADS, to attach the invoices /values can be deleted/ and other documents to clarify to which deliveries it refers;

- Declaration of conformity from TenarisSilcotub for the pipes supplied with an inventory of the pipe numbers

### 3.2.  Casing ф4" J-55

Deliveries from February 2024 and March 2024 - 2 deliveries

Declared total ordered quantity - 80 pcs - the quantity is done without any reserve! It is necessary to supply technological reserve -minimum 5% according to good industry practices

- Bill Of Lading (CMR)-s - 2 pcs for materials delivered on 11.02.2024 and 08.03.2024 - 80 pcs of 4" pipes, 1005.95m as per attached transport documents; there are more materials in these runs but no documents to ascertain what was brought with them;

- Packing Lists - 2 pcs, one is apparently mixed up and is for 4 ½" pipe, not 4", have pipe numbers;

- Transport documents 2 pcs. for 80 pcs. of 4" pipes delivered with a total length of 1005,95m

- Declaration of Origin dated 09.07.2024 from TenarisSilcotub to ME-ADS, but missing the invoices and other documents to specify which deliveries it refers to;

- Test certificate dated 09,02,2024 from Tenaris for one delivery - 40pcs of length 504.77m.

Missing:

- Packing list №105968926 dated 06.03.2024 for the 40pcs of pipes with length 501.18m delivered on 08.03.2024

- Test certificate from Tenaris for the 40pcs of 501.18m long pipes delivered on 08.03.2024

- To the Declaration of Origin dated 09.07.2024 from TenarisSilcotub to ME-ADS, to attach the invoices /values can be deleted/ and other documents to specify to which deliveries it refers;

- Declaration of conformity from TenarisSilcotub for the pipes supplied with an inventory of the pipe numbers

### 4.  Pump-compressor pipes (Tubing) 4 1/2"

### 4.1.  Tubing  4 ½" L-80

**UGS Drilling Chiren DZZD**

Deliveries 13pcs from 08.02.2024 to 26.06.2024 - 1170pcs L-80 pipes, 14786.27m

Declared total ordered quantity - 1300 pcs - the quantity is done without any reserve! It is necessary to supply technological reserve -minimum 5% according to good practices. Also documents show that not all ordered quantity was delivered.

- Bill Of Lading (CMR)-s - 13pcs from 08.02.2024 to 26.06.2024 They cite 23pcs of transport documents, but there are attachments for 20pcs, three are missing, as #105858046/06.02.2024 is for delivery of pipes φ2 7/8"; and for #??????534/14.05.2024 /not read/ and #106345062/04.06.2024, it cannot be said what materials were brought with them;

- Transport documents 20pcs, of which No106425020/21.06.2024 is for J-55 pipes and transport document No106272779/14.05.2024 is missing

- Detailed packing lists 21pcs, of which No105858045/06.02.2024; No105968926/06.03.2024 and No106425020/21.06.2024 are for J-55 pipes, and there are 2 missing No105853749/06.02.2024 and No105968925/06.03.2024

- Declaration of Origin dated 09.07.2024 from TenarisSilcotub to ME-ADS but the invoices and other documents are missing to specify which supplies it refers to;

- Attached test certificates 3pcs of which 1 pc No. 02-24-03306/06.07.2024 is for J-55 pipes; the other two are for two deliveries for a total of 137pcs of pipes with a total length of 1741.17m, there are no certificates for the remaining 1033pcs of pipes delivered with a length of 13045.10m

Missing:

- Detailed packing slips and transport documents #105858046/06.02.2024, #??????534/14.05.2024 /not readable/ and #106345062/04.06.2024 - to be specified what materials were delivered with them;

- Transport document No106272779/14.05.2024

- Detailed packing list 2 pieces №105853749/06.02.2024 and №105968925/06.03.2024

- Test certificate also from Tenaris for the remaining 1033pcs of pipes delivered with length 13045.10m

- To the Declaration of Origin dated 09.07.2024 from Tenaris Silcotub to ME-ADS, please submit the invoices /values can be deleted/ and other documents to clarify which supplies it refers to;

- Declaration of conformity from TenarisSilcotub for the pipes supplied with an inventory of the pipe numbers

## 5.    Pump-compressor pipes (Tubing) 2 7/8"

### 5.1.    Tubing  2 7/8" L-80

Deliveries of 4 pcs. from 08.02.2024 to 08.03.2024 - 406 pcs. pipes L-80, 5037,99m

Declared total ordered quantity - 406 pcs - the quantity is done without any reserve! It is necessary to supply technological reserve -minimum 5% according to good industry practices

- Bill Of Lading (CMR) - 4 pcs from 11.02.2024 to 08.03.2024 , 1 pcs CMR for delivery on 08.02.2024 was not attached but we can get it from 4 ½" pipe delivery documents where it is there;

███    **UGS Drilling Chiren DZZD**    ████████████████████

- Transport documents - 4 pieces available'

- Detailed packing lists with pipe numbers - 3 pieces, detailed packing list for delivery No. 105858046 dated 08.02.2024 for 73pcs of pipes of 895.47m length is missing;

- Test certificate No. 02-24-03305/06.02.2024 for 73pcs of pipes of length 895.47m / as per delivery No. 105858046 dated 08.02.2024.

- Test Certificate No. 02-24-03743/09.02.2024 for 74pcs of pipes with length 918,12m /according to delivery No. 105869724 dated 11.02.2024.

- Declaration of origin dated 09.07.2024 from Tenaris Silcotub to ME-ADS, but invoices and other documents are missing so as to clarify to which specific deliveries they refer;

Missing:

- Detailed packing list for supply No. 105858046 dated 08.02.2024 for 73pcs of pipes of length 895.47m;

- Invoices /values may be deleted/ and other documents to be attached to the Origin Declaration dated 09.07.2024 from TenarisSilcotub to ME-ADS to clarify to which supplies it relates;

- Test certificates for the remaining 2 supplies: dated 07.03.2024 No105859368 for 185pcs of pipes of length 2305m and dated 08.03.2024 No105987616 for 74pcs of pipes of length 919.30m

- Declaration/declarations of conformity from TenarisSilcotub for the pipes supplied with inventory/descriptions of pipe numbers

## 6. Casing Equipment

**Items 6.1 – 6.2:  Exploitation wells - Csg Accessories - 13 3/8" Stab-in Float Shoe, 9 5/8" Stab-in Float Collar, 9 5/8" Float Shoe, 7" Float Shoe, centralizers for all csg type (Neoz Energy);**

**Observation wells - Csg Accessories - 13 3/8" Stab-in Float Shoe, 9 5/8" Stab-in Float Collar, 9 5/8" Float Shoe, 5 1/2" Float Shoe, centralizers for all csg type (NEOZ ENERGY):**

- First Delivery according Packing List (Invoice No NEPL/DR-17/23-24) at 13.07.2024 – 3 507 kg, including 7"x8-1/2" Hinged Non Weld Bow Spring Centralizer - HS Code 84314390 – 550 pcs ( 2 783 kg); 5-1/2"x8-1/2" Hinged Non Weld Bow Spring Centralizer - HS Code 84314390 – 165 pcs ( 724  kg); - applied :

  - ✓    Certificate of Conformity
  - ✓    BILL OF LADING (CMR) (Int. Consignment Note)
  - ✓    Certificate of Origin
  - ✓    Final Inspection Reports

  Missing:
  - Invoice No : NEPL/DR-17/23-24 according Packing list

- Second Delivery according Packing List (Invoice No NEPL/207/23-24) -  applied:

**UGS Drilling Chiren DZZD**

    ✓    Certificate of Conformity

    ✓    Certificate of Origin, , Final Inspection Reports

<u>Missing:</u>

- BILL OF LADING (CMR) (Int. Consignment Note)
- Invoice No : NEPL/207/23-24 according Packing list

**Items 6.1.a – 6.2.a: 7 in DV packer Tool - 7 in casing DV stage tool set, 7 in casing, same connection and material type of 7 in Casing (Halliburton); 5 1/2 in DV packer Tool - 5 1/2 in casing DV stage tool set, same connection and material type of 5 1/2 in Casing (HALLIBURTON) - submitted:**

<u>Missing:</u>

- Certificate of Conformity
- Certificate of Origin
- BILL OF LADING (CMR) (Int. Consignment Note)
- Delivery Notice
- Packing List (with the Invoices, if they are reffered in it)
- Quality Certificate and Testings-Inspection Reports

**Items 6.1.b – 6.2.b: 4 1/2" by 7" Liner Hanger; 4" by 5 1/2" Liner Hanger (GEMINI ENTERPRISES, INC) – applied:**

    ✓    Certificate of Origin

    ✓    Inspection Sheets

    ✓    Packing List

<u>Missing:</u>

- <u>Certificate of Conformity, Bill Of Lading (CMR) (Int. Consignment Note), Delivery Notice, Invoices No 7681 and No 7702 according Packing List, ISO and API Certificates,</u>

**Items 7 – 8. Casing Heads & Christmas trees**

- Well Head For Exploitational wells - Casing Head Assy, Casing Spool Assy, Tubing Head Spool Assy, THA & X-Tree Assy. Cameron - Wellhead 5000 psi, 20" x 13-3/8" x 9-5/8" x 7" x 4-1/2" (API 6A)  &  Well Head For Observation wells - Casing Head Assy, Casing Spool Assy, Tubing Head Spool Assy, THA & X-Tree Assy. Cameron - Wellhead 5000 psi, 20" x 13-3/8" x 9-5/8" x 5 1/2" x 2-7/8" (API 6A) (CAMERON ROMANIA), applied:

    ✓    Certificate of Origin,

    ✓    Manifacture Authorization Letter from CAMERON ROMANIA S.R.L. to FANGZHENG VALVE GRPOUP SHANGHAI Co

**UGS Drilling Chiren DZZD**

- ✓ Packing List Delivery No 89706991 and Packing List Delivery No 89730212
- ✓ Manifacturer autorisation: Fangzheng Valve Shanghai Co. Date: 19.04.2022;
- ✓ Manufacturer's Certificates of Compliance
- ✓ Inspection Certificates Type 3.1 for API 6A PSL1 – PSL3G
- ✓ Material test reports;
- ✓ Magnetic Particle Examination Report;
- ✓ Pressure test reports;
- ✓ Fat Test Reports For Valves

Missing:

- Certificate of Conformance of CAMERON ROMANIA is Expired on 06 March 2024;
- Bill Of Lading (CMR) -s (Int. Consignment Note), – submitted UNREADABLE, the readable RESUBMISIION is must;
- Invoices No 113113170 and No113097693 according applied Certificate of Origin

### 9. Underground operating equipment

- Completion String for Exploitational wells - 4 1/2 in Tubing Hanger, 4 1/2 in tubings, 3.813 in Tubing-Retrievable Safety Valve , 4 1/2 in tubings, 3.813 in Circulating and Production Device, 4 1/2 in tubings, 7" Hydraulic set production packer, 4 1/2 in tubings, 3.813 in Landing nipple, 4 1/2 in tubings, 3.813 Landing nipple with no-go, 4 1/2 in tubings, 5 in mule shoe guide. All items Vam-Top connection, (Halliburton) & Completion String for Observation wells - 2 7/8 in Tubing Hanger, 2 7/8 in tubings, 2.313 in Tubing-Retrievable Safety Valve , 2 7/8 in tubings, 2.875 in Circulating and Production Device, 2 7/8 in tubings, 5 1/2 in Hydraulic set production packer, 2 7/8 in tubings, 2.313 in Landing nipple, 2 7/8 in tubings, 2.313 Landing nipple with no-go, 2 7/8 in tubings, 3.25 in mule shoe guide. All items Vam-Top connection (HALLIBURTON) - applied:

Missing:

- Certificate of Conformity
- Certificate of Origin
- Bill Of Lading (CMR) -s (Int. Consignment Note),
- Delivery Notice
- Packing List (with the Invoices, if they are reffered in it)
- Quality Certificate and Testings-Inspection Reports

IMPORTANT REMARK: Also, not all equipment has been delivered

### 10 - 11. Operational packer 7" & Operational packer 5 1/2"

- Packer for Exploitational Wells - Standard packer to operate on Gas wells, will be set inside the 7 in casing with 4 1/2 in Tubing/completion string. Packer type will consider well trajectory which is vertical. Operating Pressure will be 210 bars (FORUM US, INC. DBA DAVIS

**UGS Drilling Chiren DZZD**

LYNCH)  & Packer for Observation Wells - Standard packer to operate on Gas wells, will be set inside the 5 1/2 in casing with 2 7/8 in Tubing/completion string. Packer type will consider well trajectory which is vertical. Operating Pressure will be 210 bars (FORUM US, INC. DBA DAVIS LYNCH) – applied:

- ✓    Certificates of Conformance
- ✓    Certificates of Origin
- ✓    Packing Lists
- ✓    BILL OF LADING (CMR) (Int. Consignment Note)
- ✓    Quality Certificate
- ✓    Steel Certificates of Test
- ✓    Certified Test Rports (in accordance with ISO 10474 / EN 10204 / DIN 50049 "type 3.1 "
- ✓    Tubular Products Test Reports

## 2- 13.  Underground safery valve 4 1/2"" and 2 7/8" & Circulation/ bypass valve 4 1/2" and 2 7/8"

- SSSV for Exploitational Wells - Sub surface safety valve for 4 1/2 in Tubing, will be inside 7 in casing, Operating pressure will be 210 bars (Halliburton) + SSSV for Observation Wells - Sub surface safety valve for 2 7/8 in Tubing, will be inside 5 1/2 in casing, Operating pressure will be 210 bars (Halliburton) & SSD Circulation / bypass valve 4 1/2" + SSD Circulation / bypass valve 2 7/8"  -  applied:

Missing:

- • Certificate of Conformity
- • Certificate of Origin
- • Bill Of Lading (CMR) -s  (Int. Consignment Note),
- • Delivery Notice
- • Packing List (with the Invoices, if they are reffered in it)
- • Quality Certificate and Testings-Inspection Reports

IMPORTANT REMARK: Also, not all equipment has been delivered!

## GENERAL REMARKS:

1. **All documents must be submitted via hard original copies as per the Contract and its Appendices**

2. **All documentation which refers to each individual manufacturer – API/ISO Certificates, Licenses, Registrations etc. must be submitted as hard copies. The must be valid and referring to all the items that are going to be implemented in the wells – some of the presented Certificates are expired**

**UGS Drilling Chiren DZZD**

3. All materials and equipment that are going to be implemented in the wells must be accompanied by all documentation described above – for each specific item and for the manufacturer as well – ex. cement, mud additives etc.

**Prepared for GBS by:**

Name:          **Viktor Dimitrov**

Position:      **Project Manager and Autorised Represenative**
               **UGS Drilling Chiren DZZD**

Date:          **24/07/2024**

  **BULGARTRANSGAZ**  **GBS**  HILL International  BASIC EQUIPMENT ENGINEERS•FABRICATORS•CONSTRUCTORS

| Doc. Title: | Reply to Contractor's letter MMUCJV-DZZDUGSCD-LTR-0025, dd 30/7/2024 | | Date: | **2024.04.11** |
|---|---|---|---|---|
| Doc. Ref: | **CUGS - C240731.01** | | Rev. | **B** |

| REV. | Revision (last 3) | Date | Issued | Approved | Approved (Owner) |
|---|---|---|---|---|---|
| A | Issued for Review | 2024.07.31 | NL/DH | NL | |
| B | Issued for Approval | 2024.08.01 | NL/DH | NL | EA/MP/VD |
| C | | | | | |

**Subject:** Reply to Contractor's Letter MMUCJV-DZZDUGSCD-LTR-0025 dd 30/7/2024

References:
    (1)  Contractor's letter MMUCJV-DZZDUGSCD-LTR-0025, dd 30/7/2024
    (2)  Contractor's email titled "Re: Equipment Certification and Documents for Submission", dd 29/7/2024

_Attachments:_ 02_2024.07.30_Description_Missing_Documents_for_Deliveries_ME-ADS_R04_PS

| OWNER: | PROJECT: |
|---|---|
| **UGS DRILLING CHIREN DZZD** | **CHIREN UGS EXPANSION PROJECT** |
| PM / OE: | PROJECT PART / LOT / CONTRACT No / SCOPE: |
| **HILL International** | **LSTK IPM CONTRACT FOR DRILLING 13 UGS WELLS & ASSOCIATED SERVICES** |
| VENDOR / SUPPLIER / CONTRACTOR: | CONTRACT No / PURCHASE ORDER No / JOB No : |
| **MEADS-MAES USA CHIREN JOINT VENTURE COMPANY** | **000058** |

DOC. STATUS:

# APPROVED FOR EXECUTION

_This is a confidential document and remains property of the Owner and HILL International and its partners and subcontractors. Reproduction in part or in whole is prohibited without written authorization by HILL International and the Owner's legal representative._



| Doc. Title: | Reply to Contractor's letter MMUCJV-DZZDUGSCD-LTR-0025, dd 30/7/2024 | Date: | 2024.04.11 |
|---|---|---|---|
| Doc. Ref: | CUGS - C240731.01 | Rev. | B |

In relation to the Contract between UGS DRILLING CHIREN DZZD and MEADS-MAES USA CHIREN JOINT VENTURE COMPANY, and in response to Contractor's letter MMUCJV-DZZDUGSCD-LTR-0025 dd 30 July 2024 (reference 1, above) and Contractor's email titled "Re: Equipment Certification and Documents for Submission" dd 29 July 2024 (reference 2, above), the Contractor is reminded of the following:

1. In Owner's letter ПГИ3000150 dd 25/7/2024, a duly and detailed notification is presented describing all missing documents, irrelevant or incomplete documents, outdated documents, unreadable documents etc. For your information, HILL/BASIC specialized team of experts are working on a daily basis with UGS DRILLING CHIREN DZZD team monitoring and reviewing all deliverables. HILL/BASIC team reviewed together with UGS DRILLING CHIREN DZZD team the content of the USB stick the Contractor handed over to UGS DRILLING CHIREN DZZD representatives on 16/7/2024. The observations and remarks sent to the Contractor by the aforementioned letter on July 25, 2024, containing a report of "Inspection of List of Equipment and Materials and related Documentation", are hereby confirmed while the therein lists of missing and incorrect documents and incomplete stock of equipment and materials are correct, and hereby endorsed.

2. The Hand-over protocol states that "*It is acknowledged that the Company have not verified the content of the documents listed in Attachment 1, which shall be subject to further checks after hand-over. After the verification is completed a final Handover protocol will be signed for the documents of the materials. After the final confirmation by the Client of the submitted documents for the delivered materials a final visual inspection and check of the condition, completeness, packaging and marking of materials and equipment by Company's and Employer's representatives shall be scheduled and made with the presence of Contractor and Hill International.*" In the attachment again it is clearly stated that "*Submitted documents for preliminary review, need to be further checked after hand-over*". These documents are by no means proof or acceptance that all documents have been entirely delivered. On the contrary, the aforementioned letter, after review, specifies a lot of discrepancies. A reasonable time of 48h was granted by the Owner to correct all the discrepancies.

3. The process of documentation submission, was delayed solely due to Contractor's actions, accompanied by unreasonable and unfounded conditions set by the Contractor lacking any contractual basis, and was finally achieved for the first time on 16/7/2024. This, according to the Contractor, was the official package of any and all documentation deliverables related to the material and equipment delivered onsite. Almost three (3) days later, and after HILL/BASIC/UGS DRILLING CHIREN DZZD team were already reviewing the content of the handed USB stick, an e-mail with a link was sent by Contractor's base representative on 28/7/2024 claiming to include all documentation related to the material and equipment delivered onsite. Contractor's inconsistent approach to its contractual obligations are causing delays and disruptions to the project as well as increased costs



| Doc. Title: | Reply to Contractor's letter MMUCJV-DZZDUGSCD-LTR-0025, dd 30/7/2024 | Date: | 2024.04.11 |
|---|---|---|---|
| Doc. Ref: | CUGS – C240731.01 | Rev. | B |

for the Owner and HILL/BASIC. Moreover, Contractor's approach is against Industry Standard Practices and non-conforming to the following under the Contract:

- the official communication procedure under the Contract dictates that Contractor communicates with the Company UGS DRILLING CHIREN DZZD and their official consultant HILL INTERNATIONAL. Contractor has no contractual right to communicate directly with the Client BULGARTRANSGAZ;

- the procedure for documents submission was not respected – no hand-over protocol, hard copies or memory device was submitted;

- The email states *"....re-sending all the documents for all 13 wells..."*. Modifications, amendments, corrections or additions made are not referenced. No track list of changes was attached nor a list of the submitted documents as a register. This compels the reviewing team and the Main Contractor to re-review and cross-check all the documents one-by-one, as previously (just 1 week ago). Nevertheless, and acting in good will, the Owner and HILL team re-executed a new thorough review and the following were revealed:

  ➢ The empty folders with the missing documents from the official submission of 16/7/2024 are deleted;
  ➢ There are some new documents in several folders. Details can be found in the attachment
  ➢ Some of the initially provided documents have been replaced with new ones with the same name.
  ➢ One of the files is corrupt and cannot be opened

4. An updated detailed list with the results from the new review of the package received via e-mail on 28/7/2024 is hereby attached. A few of the previous remarks have been amended/concluded however most of the remarks are still outstanding.

5. Only after all comments are addressed and all documents are presented, correct and complete, the package will be submitted to the Client (BULGARTRANSGAZ) for approval.

Based on all of the above, the documentation submitted cannot be considered as duly received.

**UGS Drilling Chiren DZZD**

**Inspection of List of Equipment and Materials and related Documentation (Updated as per the received via web link documentation package on 28 July 2024)**

LUMP SUM TURN KEY INTEGRATED PROJECT MANAGEMENT CONTRACT FOR DRILLING 13 UGS WELLS AND ALL ASSOCIATED SERVICES REGARDING CHIREN UNDERGROUND GAS STORAGE EXPANSION PROJECT No. 000058 dated 24/11/2023 ("**Contract**")

**Company: UGS Drilling Chiren DZZD**

**Contractor: MEADS-MAES USA CHIREN JOINT VENTURE COMPANY**

*Capitalised terms used herein shall have the meaning attributed thereto in the Contract, unless the context where used herein suggests otherwise.*

*This Inspection report is based exclusively on documentary review of the Table of Materials and Equipment List and the documents provided by Contractor on USB stick evidenced by Equipment Certification and Documents for Preliminary Review Handover Protocol of 16 July 2024.*

*Company or Employer have not performed a visual inspection of the actually delivered and available on Site materials and equipment.*

*This report does not represent acceptance of the delivered materials and equipment or accompanied documents. Final acceptance is subject to Company's and Employer's visual inspection of the materials and equipment and provision of all due documents and certificates in original, as per Contract terms and the requirements of the Main Contract.*

## 1. TECHNICAL CASING STRINGS

### 1.1. CONDUCTOR PIPE 20"

### 1.1.1. Delivery from October 2023 by ME-ADS from Turkey

1) Bill Of Lading (CMR) -s from 02.10.2023 for 14 pcs of pipes for 10200kg

2) Packing list dated 28.09.2023 from ME-ADS for 14 pcs of pipes d=508 mm L=6m for 10200kg - without detailed description for pipe numbers and tallies – STILL MISSING

3) Certificate of origin from Turkey for (ADDR:14 CAPS 23-03346) 14 pcs. of pipes for 10200kg

4) Test certificate dated 11.11.2022 from Turkey for tubes d=508 mm t=10mm - 134x6m = 804m described by numbers but not specified exactly which ones were delivered to us – STILL MISSING

5) A.TR Certificate No. F 1479351 Date of issue: 02.10.2023, ADDR: 14 caps 23-03346, 10200 kg;

Missing:

- Detailed packing list for the pipes delivered with pipe numbers; ID Heat No. for each pipe – STILL MISSING

**UGS Drilling Chiren DZZD**

• Declaration of conformity for the pipes supplied; − STILL MISSING

### 1.1.2. Delivery from 10.2023 by TB "MAYAK-M JSC" Burgas

1) Declaration dated 12.07.2024 from TB "MAYAK-M AD" Burgas for the origin from Romania of 6 pcs of pipes ф508x8 - 71.09m, with quoted quality certificate №Z014-9 0d 09.01.2024.

2) Declaration dated 12.07.2024 from TB "MAYAK-M AD" Burgas for compliance of pipes ф508x8 with quoted quality certificate №Z014-9 0t 09.01.2024.

3) Dispatch note dated 11.01.2024 from TB "MAYAK-M JSC" Burgas for pipes ф508x8 - 71.09m;

4) Certificate of inspection to №EN10204:204/3.1 to №Z014-9 0dated 09.01.2024 from COMTECH CO, S.R.L, Zimnicea, Romania, for 6pcs of pipes ф508x8 - length 71.09m

Missing:

• Detailed inventory of the pipes supplied with pipe numbers; ID Heat No. for each pipe; − STILL MISSING

### 1.2. SURFACE CASING 13 3/8"

**Delivery from January 2024 - 5 deliveries of 121pcs of pipes, 1393,35m from Aydin Boru End A.S.**

1) Declared total ordered quantity - 121 pcs - the quantity is done without any reserve! It is necessary to supply technological reserve - min.5% according to good industry practices − STILL MISSING

2) Bill of lading (BILL OF LADING (CMR) - 5pcs - for one of them there is no signature and stamp for delivery made by seller Aydin Boru − STILL MISSING

3) Packing slips 5pcs - without pipe numbers − STILL MISSING

4) Certificate of Origin dated 22.01.2024 from China for 22pcs of pipes for 20050kg

5) Test Certificate No. QZJ/TG8301135-05153-2023 dated 29.05.2023 from Shandong Molong Petroleum Machinery Co., Ltd for buyer Aydin Boru End A.S. for 180pcs, 2069.19m without pipe numbers listed − STILL MISSING

Missing:

• Detailed packing slips for pipes supplied with pipe numbers; ID Heat No. for each pipe − STILL MISSING

• Signature and stamp of 1 BILL OF LADING (CMR); (with Packing list No. 21620233852, Drivers's ID); − STILL MISSING

• Certificate of Origin from China for the remaining 99pcs of pipes − the certificates of origin for all pipes together with the A.TR documents were received by email on 28.07.2024;

• Declaration of Conformity from Aydin Boru End A.S. for the 121 pcs of pipes delivered with pipe numbers; − STILL MISSING

• Declaration of Conformity from Shandong Molong Petroleum Machinery Co., Ltd for 180 pcs, 2069.19m pipes with pipe numbers as per Test Certificate No.

QZJ/TG8301135-05153-2023 dated 29.05.2023 with corresponding Heat No. – STILL MISSING

## 1.3.INTERMEDIATE CASING 9 5/8" BTC L-80

**Delivery from January 2024 and February 2024 - 35 deliveries of 858 pcs of pipes, 10026,863m, 734810kg from Liberty Ostrava**

1) Declared total ordered quantity - 858 pcs - the quantity is done without any reserve! It is necessary to supply technological reserve -minimum 5% according to good industry practices – STILL MISSING

2) Bill of lading (CMR) - 35pcs.

3) Transport document 35pcs with number of packages and weight only – STILL MISSING

4) Packing list from supplier Liberty Ostrava a.s.- 16pcs summarized and recapitulated, having only pipe counts, total length and total weight by delivery; – STILL MISSING

5) Letter-declaration of origin dated 12.07.2024 from Liberty Ostrava for pipes according to test certificate No. 70087/24

6) Test certificate No. 70087/24 dated 18.01.2024 including an inventory of all pipes by number and by packing list

Missing:

- The following packing pipes (Bundle) are missing In Packing list documents: Bundle No.220 ; – STILL MISSING
- Bundle No. 254 is duplicated in Packing documents: RC Nr. 8 from 26/01/2024 and in RC Nr. 17 from 29/01/2024; – STILL MISSING

## 2.    PRODUCTION CASING STRING 7" and 4 ½"

### 2.1.    Casing 7" Cr13 Tenaris Blue

**Delivery from March 2024 - 22 deliveries of 1 094pcs of pipes, 12 811,73m, 502 909kg.**

1) Declared total ordered quantity - 1094 pcs - the quantity is done without any reserve! It is necessary to supply technological reserve -minimum 5% according to good industry practices – STILL MISSING

2) Bill of lading (CMR) - 22 pcs. for 1 pcs no signature and stamp for delivery by Client  – STILL MISSING

3) Transport document 22pcs.

4) Detailed packing list 22pcs. - for the delivered pipes with pipe numbers;

5) Certificate of Origin No. GS2312399, 365 pcs dated 22.09.2023 from Japan for 167 556kg of pipes - diameter of the pipes and steel grades are missing in the certificate – STILL MISSING

6) Declaration of Origin Statement No.: 16/2024 dated 09.07.2024 from Tenaris Silcotub to ME-ADS, but invoices and other documents are missing to specify which deliveries it refers to; also, diameter of the pipes and steel grades are missing in the certificate – STILL MISSING

7) Test certificate No. B 85862-1 dated 17.09.2021 from Tenaris , to buyer Vankorneft JSK for 1 089pcs, 12 600,92m without pipe numbers described – STILL MISSING

Missing:

- Certificate of Origin for the pipes supplied. There is only for one part from Japan, but as there is no inventory with the pipe tallies we cannot determine for which part of the delivered pipes we have a certificate of origin; – STILL MISSING

- Signature and stamp of 1 pc. BILL OF LADING (CMR); (Data form BILL OF LADING (CMR): 586.99m 23068 kg); – STILL MISSING

- To the Declaration of Origin dated 09.07.2024 from Tenaris Silcotub to ME-ADS, attach the invoices /values can be deleted/ and other documents to clarify which deliveries it refers to; – STILL MISSING

- There is no inventory with the pipe tallies attached to the submitted test certificate and it is not possible to determine which of the supplied pipes it refers to. There should, since the certificate is for another buyer, be a declaration of conformity from Tenaris stating where, how and in what condition these pipes were stored after manufacture – STILL MISSING

- Declaration of Conformity from Tenaris Silcotub for the 1,094pcs of pipe supplied with pipe tallies; – STILL MISSING

## 2.2.   Casing ф7" L-80 and P110

### Delivery from February 2024 - 4 deliveries of 169pcs of pipes, 2089,74m from Tenaris

Declared total ordered quantity - 98 pcs. P110 and 216 pcs L80 - the quantity is done without any reserve! It is necessary to supply process reserve -minimum 5% according to good industry practices – STILL MISSING

- Bill of lading (CMR) - 4pcs.

- Transport document 4pcs.

- Detailed packing list 4pcs. - for the delivered pipes with pipe numbers;

- Certificate of Origin No. AR-22-23684 dated 21.01.2022 from Argentina for 320pcs pipes for 161,746kg, missing pipe diameter to which the certificate refers and steel grade; – STILL MISSING

- Certificate of origin dated 11.07.2024 from Mexico for 106 pcs of pipes for 49 631 kg

- Declaration of Origin dated 09.07.2024 from Tenaris Silcotub to ME-ADS, but invoices and other documents are missing to clarify to which deliveries it refers; – STILL MISSING

- Test certificate No2022113217 dated 27.05.2022 from Tenaris for L80 TYPE1 for 320pcs 161 746kg without pipe numbers described

- Test Certificate No22050415 dated 21.07.2022 from Tenaris for P110/P110-ICY PSL1 for 493pcs 231 320kg. without pipe numbers described

- Test certificate No24047304 dated 09.07.2024 from Tenaris for P110/P110-ICY PSL1 for 106pcs 49 631kg. without pipe numbers described

**UGS Drilling Chiren DZZD**

Missing:

- The Certificates of Origin and Test Certificates submitted are missing the inventory with the certified pipe numbers to identify the supplied with which certificate; – STILL MISSING

- To the Declaration of Origin dated 09.07.2024 from TenarisSilcotub to ME-ADS, attach the invoices /values can be deleted/ and other documents to clarify to which supplies it refers; – STILL MISSING

- Declaration of conformity for the pipes supplied by Tenaris with the pipe number supplied – STILL MISSING

## 2.3.  Casing 4 1/2" J-55

Deliveries dated 08.02.2024; 09.03.2024 and 26.06.2024 from Tenaris

Declared total ordered quantity - 252 pcs - the quantity is done without any reserve! It is necessary to supply technological reserve -minimum 5% according to good industry practices – STILL MISSING

- Bill of Lading (CMR) dated 08,02,2024 - there are three packing glides quoted, two of which are missing and the one attached in documents No. 105853749 is for 38pcs of 4.1/2" but L-80 pipes; There is a transport document No. 105858045 for 30pcs of 4 ½" pipes of 369.53m length;

- Bill of lading (CMR) for delivery on 09,03,2024 - there is a packing slip No. 105859373 for 101pcs of 4.1/2", J-55 pipes with a length of 1242.33m

- Bill of lading (CMR)  for delivery on 26,06,2024 - there is a packing slip No. 106423314 for 95pcs of 4.1/2", J-55 pipes with length 1276,65m;

- Transport document 3pcs for 226pcs of pipes 4 ½" with length 2888,51m

- Detailed packing list 2pcs. - for 196pcs of pipes delivered with length of 2518.98m with pipe numbers; Detailed Packing List No. 105858045 for 30pcs of pipes 4 ½" with length of 369.53m is missing; the Detailed Packing list No. 105858045 was received by email on 28.07.2024;

- Declaration of Origin dated 09.07.2024 from Tenaris Silcotub to ME-ADS, but invoices and other documents are missing to specify which supplies it refers to; – STILL MISSING

- Test certificate dated 06,02,2024 from Tenaris for one delivery - 30pcs of 369.53m length; missing for other pipes;

Missing:

- Detailed packing list No. 105858045 for 30pcs of 4 ½" pipe 369.53m long - the Detailed Packing list No. 105858045 was received by email on 28.07.2024;

- Test Certificates for two of the deliveries - to No. 105859373 for 101pcs of 4.1/2", J-55 pipe 1242.33m long and to No. 106423314 for 95pcs of 4.1/2", J-55 pipe 1276.65m long; – STILL MISSING

- To the Declaration of Origin dated 09.07.2024 from TenarisSilcotub to ME-ADS, attach the invoices /values can be deleted/ and other documents to clarify to which supplies it refers; – STILL MISSING

- Declaration of conformity from TenarisSilcotub for the pipes supplied with an inventory of the pipe numbers – STILL MISSING

## 3.    PRODUCTION CASINGS 5 1/2" AND 4"

### 3.1.    Casing 5 ½" L-80

Deliveries from February 2024 to June 2024 - 8 deliveries

Declared total ordered quantity - 370 pcs - the quantity is done without any reserve! It is necessary to supply technological reserve -minimum 5% according to good industry practices – STILL MISSING

- Bill Of Lading (CMR)- s - 8 pieces for delivered materials for 174243 kg

- Transport documents - 9 pcs for 385 pcs of pipes delivered with a length of 5170,27 m and weight of 118918 kg. Apparently, several documents are missing; – STILL MISSING

- Packing slips 9pc for 385pc pipes delivered 5170,27m long and weighing 118918kg. With pipes described by number. Apparently, several documents are missing; – STILL MISSING

- Declaration of Origin dated 09.07.2024 from Tenaris Silcotub to ME-ADS, but invoices and other documents are missing to specify which deliveries it refers to; – STILL MISSING

- Test Certificates dated 14.02.2024 from Tenaris Silcotub for only two of the deliveries for 1698.20m pipes, 127pcs. Other certificates are missing. – STILL MISSING

Missing:

- Several transport documents and packing slips for about 55 t of pipes to match the submitted Bill Of Lading (CMR)-s – STILL MISSING
- Certificates of origin from Tenaris Silcotub for the remainder of the pipes delivered /only for 127 pcs of 1698.2m/; – STILL MISSING
- To the Declaration of Origin dated 09.07.2024 from TenarisSilcotub to ME-ADS, to attach the invoices /values can be deleted/ and other documents to clarify to which deliveries it refers; – STILL MISSING
- Declaration of conformity from TenarisSilcotub for the pipes supplied with an inventory of the pipe numbers – STILL MISSING

### 3.2.    Casing ф4" J-55

Deliveries from February 2024 and March 2024 - 2 deliveries

Declared total ordered quantity - 80 pcs - the quantity is done without any reserve! It is necessary to supply technological reserve -minimum 5% according to good industry practices – STILL MISSING

- Bill Of Lading (CMR)-s - 2 pcs for materials delivered on 11.02.2024 and 08.03.2024 - 80 pcs of 4" pipes, 1005.95m as per attached transport documents; there are more materials in these runs but no documents to ascertain what was brought with them;

- Packing Lists - 2 pcs, one is apparently mixed up and is for 4 ½" pipe, not 4", have pipe numbers;

- Transport documents 2 pcs. for 80 pcs. of 4" pipes delivered with a total length of 1005,95m

- Declaration of Origin dated 09.07.2024 from TenarisSilcotub to ME-ADS, but missing the invoices and other documents to specify which deliveries it refers to; – STILL MISSING

- Test certificate dated 09,02,2024 from Tenaris for one delivery - 40pcs of length 504.77m.

Missing:

- Packing list №105968926 dated 06.03.2024 for the 40pcs of pipes with length 501.18m delivered on 08.03.2024 - the Detailed Packing list No. 105968926 was received by email on 28.07.2024;

- Test certificate from Tenaris for the 40pcs of 501.18m long pipes delivered on 08.03.2024 – STILL MISSING

- To the Declaration of Origin dated 09.07.2024 from TenarisSilcotub to ME-ADS, to attach the invoices /values can be deleted/ and other documents to specify to which deliveries it refers; – STILL MISSING

- Declaration of conformity from TenarisSilcotub for the pipes supplied with an inventory of the pipe numbers – STILL MISSING

## 4.  Pump-compressor pipes (Tubing) 4 1/2"

### 4.1.  Tubing  4 ½" L-80

Deliveries 13pcs from 08.02.2024 to 26.06.2024 - 1170pcs L-80 pipes, 14786.27m

Declared total ordered quantity - 1300 pcs - the quantity is done without any reserve! It is necessary to supply technological reserve -minimum 5% according to good practices. Also documents show that not all ordered quantity was delivered. – STILL MISSING

- Bill Of Lading (CMR)-s - 13pcs from 08.02.2024 to 26.06.2024 They cite 23pcs of transport documents, but there are attachments for 20pcs, three are missing, as #105858046/06.02.2024 is for delivery of pipes φ2 7/8"; and for #??????534/14.05.2024 /not read/ and #106345062/04.06.2024, it cannot be said what materials were brought with them; – STILL MISSING

- Transport documents 20pcs, of which No106425020/21.06.2024 is for J-55 pipes and transport document No106272779/14.05.2024 is missing – STILL MISSING

- Detailed packing lists 21pcs, of which No105858045/06.02.2024; No105968926/06.03.2024 and No106425020/21.06.2024 are for J-55 pipes, and there are 2 missing No105853749/06.02.2024 and No105968925/06.03.2024; the Detailed Packing list No. 105853749 and No. 105968925 were received by email on 28.07.2024;

- Declaration of Origin dated 09.07.2024 from TenarisSilcotub to ME-ADS but the invoices and other documents are missing to specify which supplies it refers to; – STILL MISSING

- Attached test certificates 3pcs of which 1 pc No. 02-24-03306/06.07.2024 is for J-55 pipes; the other two are for two deliveries for a total of 137pcs of pipes with a total length of 1741.17m, there are no certificates for the remaining 1033pcs of pipes delivered with a length of 13045.10m – STILL MISSING

**UGS Drilling Chiren DZZD**

Missing:

- Detailed packing slips and transport documents #105858046/06.02.2024, #??????534/14.05.2024 /not readable/ and #106345062/04.06.2024 - to be specified what materials were delivered with them; – STILL MISSING

- Transport document No106272779/14.05.2024 – STILL MISSING

- Detailed packing list 2 pieces №105853749/06.02.2024 and №105968925/06.03.2024 - the Detailed Packing list No. 105853749 and No. 105968925 were received by email on 28.07.2024;

- Test certificate also from Tenaris for the remaining 1033pcs of pipes delivered with length 13045.10m – STILL MISSING

- To the Declaration of Origin dated 09.07.2024 from Tenaris Silcotub to ME-ADS, please submit the invoices /values can be deleted/ and other documents to clarify which supplies it refers to; – STILL MISSING

- Declaration of conformity from TenarisSilcotub for the pipes supplied with an inventory of the pipe numbers – STILL MISSING

## 5.    Pump-compressor pipes (Tubing) 2 7/8"

### 5.1.    Tubing  2 7/8" L-80

Deliveries of 4 pcs. from 08.02.2024 to 08.03.2024 - 406 pcs. pipes L-80, 5037,99m

Declared total ordered quantity - 406 pcs - the quantity is done without any reserve! It is necessary to supply technological reserve -minimum 5% according to good industry practices – STILL MISSING

- Bill Of Lading (CMR) - 4 pcs from 11.02.2024 to 08.03.2024 , 1 pcs CMR for delivery on 08.02.2024 was not attached but we can get it from 4 ½" pipe delivery documents where it is there;

- Transport documents - 4 pieces available'

- Detailed packing lists with pipe numbers - 3 pieces, detailed packing list for delivery No. 105858046 dated 08.02.2024 for 73pcs of pipes of 895.47m length is missing; the Detailed Packing list No. 105858046 was received by email on 28.07.2024

- Test certificate No. 02-24-03305/06.02.2024 for 73pcs of pipes of length 895.47m / as per delivery No. 105858046 dated 08.02.2024.

- Test Certificate No. 02-24-03743/09.02.2024 for 74pcs of pipes with length 918,12m /according to delivery No. 105869724 dated 11.02.2024.

- Declaration of origin dated 09.07.2024 from Tenaris Silcotub to ME-ADS, but invoices and other documents are missing so as to clarify to which specific deliveries they refer; – STILL MISSING

Missing:

- Detailed packing list for supply No. 105858046 dated 08.02.2024 for 73pcs of pipes of length 895.47m - the Detailed Packing list No. 105858046 was received by email on 28.07.2024;

**UGS Drilling Chiren DZZD**

- Invoices /values may be deleted/ and other documents to be attached to the Origin Declaration dated 09.07.2024 from TenarisSilcotub to ME-ADS to clarify to which supplies it relates; – STILL MISSING

- Test certificates for the remaining 2 supplies: dated 07.03.2024 No105859368 for 185pcs of pipes of length 2305m and dated 08.03.2024 No105987616 for 74pcs of pipes of length 919.30m – STILL MISSING

- Declaration/declarations of conformity from TenarisSilcotub for the pipes supplied with inventory/descriptions of pipe numbers – STILL MISSING

## 6. Casing Equipment

**Items 6.1 – 6.2:  Exploitation wells - Csg Accessories - 13 3/8" Stab-in Float Shoe, 9 5/8" Stab-in Float Collar, 9 5/8" Float Shoe, 7" Float Shoe, centralizers for all csg type (Neoz Energy);**

**Observation wells - Csg Accessories - 13 3/8" Stab-in Float Shoe, 9 5/8" Stab-in Float Collar, 9 5/8" Float Shoe, 5 1/2" Float Shoe, centralizers for all csg type (NEOZ ENERGY):**

- First Delivery according Packing List (Invoice No NEPL/DR-17/23-24) at 13.07.2024 – 3 507 kg, including 7"x8-1/2" Hinged Non Weld Bow Spring Centralizer - HS Code 84314390 – 550 pcs ( 2 783 kg); 5-1/2"x8-1/2" Hinged Non Weld Bow Spring Centralizer - HS Code 84314390 – 165 pcs ( 724  kg); - applied :
  - ✓  Certificate of Conformity
  - ✓  BILL OF LADING (CMR) (Int. Consignment Note)
  - ✓  Certificate of Origin
  - ✓  Final Inspection Reports

  Missing:
  - Invoice No : NEPL/DR-17/23-24 according Packing list – STILL MISSING

- Second Delivery according Packing List (Invoice No NEPL/207/23-24) -  applied:
  - ✓  Certificate of Conformity
  - ✓  Certificate of Origin, , Final Inspection Reports

  Missing:
  - BILL OF LADING (CMR) (Int. Consignment Note) - the Int. Consignment Note with Ref. No. C00198970 was received by email on 28.07.2024;
  - Invoice No : NEPL/207/23-24 according Packing list – STILL MISSING

**Items 6.1.a – 6.2.a: 7 in DV packer Tool - 7 in casing DV stage tool set, 7 in casing, same connection and material type of 7 in Casing (Halliburton); 5 1/2 in DV packer Tool - 5 1/2 in casing DV stage tool set, same connection and material type of 5 1/2 in Casing (HALLIBURTON) -  submitted:**

**UGS Drilling Chiren DZZD**

Missing:

- Certificate of Conformity – STILL MISSING
- Certificate of Origin – STILL MISSING
- BILL OF LADING (CMR) (Int. Consignment Note) – STILL MISSING
- Delivery Notice – STILL MISSING
- Packing List (with the Invoices, if they are reffered in it) – STILL MISSING
- Quality Certificate and Testings-Inspection Reports – STILL MISSING

**Items 6.1.b – 6.2.b: 4 1/2" by 7" Liner Hanger; 4" by 5 1/2" Liner Hanger (GEMINI ENTERPRISES, INC)** – applied:

- ✓ Certificate of Origin
- ✓ Inspection Sheets
- ✓ Packing List

Missing:

- Certificate of Conformity, Bill Of Lading (CMR)  (Int. Consignment Note), Delivery Notice, Invoices No 7681 and No 7702 according Packing List, ISO and API Certificates, – STILL MISSING

**Items 7 – 8.  Casing Heads & Christmas trees**

- Well Head For Exploitational wells - Casing Head Assy, Casing Spool Assy, Tubing Head Spool Assy, THA & X-Tree Assy. Cameron - Wellhead 5000 psi, 20" x 13-3/8" x 9-5/8" x 7" x 4-1/2" (API 6A)  &   Well Head For Observation wells - Casing Head Assy, Casing Spool Assy, Tubing Head Spool Assy, THA & X-Tree Assy. Cameron - Wellhead 5000 psi, 20" x 13-3/8" x 9-5/8" x 5 1/2" x 2-7/8" (API 6A) (CAMERON ROMANIA), applied:

- ✓ Certificate of Origin,
- ✓ Manifacture Authorization Letter from CAMERON ROMANIA S.R.L. to FANGZHENG VALVE GRPOUP SHANGHAI Co
- ✓ Packing List Delivery No 89706991 and Packing List Delivery No 89730212
- ✓ Manifacturer autorisation: Fangzheng Valve Shanghai  Co. Date: 19.04.2022;
- ✓ Manufacturer's Certificates of Compliance
- ✓ Inspection Certificates Type 3.1 for API 6A PSL1 – PSL3G
- ✓ Material test reports;
- ✓ Magnetic Particle Examination Report;
- ✓ Pressure test reports;
- ✓ Fat Test Reports For Valves

**UGS Drilling Chiren DZZD**

Missing:

- Certificate of Conformance  of CAMERON ROMANIA is Expired  on 06 March 2024; – STILL MISSING
- Bill Of Lading (CMR) -s  (Int. Consignment Note), – submitted but UNREADABLE, the readable RESUBMISIION is a must;
- Invoices No 113113170 and No113097693 according applied Certificate of Origin – STILL MISSING

## 9.  Underground operating equipment

- Completion String for Exploitational wells - 4 1/2 in Tubing Hanger, 4 1/2 in tubings, 3.813 in Tubing-Retrievable Safety Valve , 4 1/2 in tubings, 3.813 in Circulating and Production Device,  4 1/2 in tubings, 7" Hydraulic set production packer,  4 1/2 in tubings, 3.813 in Landing nipple,  4 1/2 in tubings, 3.813 Landing nipple with no-go,  4 1/2 in tubings, 5 in mule shoe guide. All items Vam-Top connection, (Halliburton)     & Completion String for Observation wells - 2 7/8 in Tubing Hanger, 2 7/8 in tubings, 2.313 in Tubing-Retrievable Safety Valve , 2 7/8 in tubings, 2.875 in Circulating and Production Device, 2 7/8 in tubings, 5 1/2 in Hydraulic set production packer,  2 7/8 in tubings, 2.313 in Landing nipple,  2 7/8 in tubings, 2.313 Landing nipple with no-go,  2 7/8 in tubings, 3.25 in mule shoe guide. All items Vam-Top connection (HALLIBURTON)  -  applied:

Missing:

- Certificate of Conformity – STILL MISSING
- Certificate of Origin – STILL MISSING
- Bill Of Lading (CMR) -s  (Int. Consignment Note), – STILL MISSING
- Delivery Notice – STILL MISSING
- Packing List (with the Invoices, if they are reffered in it) – STILL MISSING
- Quality Certificate and Testings-Inspection Reports – STILL MISSING

IMPORTANT REMARK: Also, not all equipment has been delivered  – STILL MISSING

## 10 - 11.  Operational packer 7" & Operational packer 5 1/2"

- Packer for Exploitational Wells - Standard packer to operate on Gas wells, will be set inside the 7 in casing with 4 1/2 in Tubing/completion string. Packer type will consider well trajectory which is vertical. Operating Pressure will be 210 bars (FORUM US, INC. DBA DAVIS LYNCH) & Packer for Observation Wells - Standard packer to operate on Gas wells, will be set inside the 5 1/2 in casing with 2 7/8 in Tubing/completion string. Packer type will consider well trajectory which is vertical. Operating Pressure will be 210 bars (FORUM US, INC. DBA DAVIS LYNCH) – applied:

✓     Certificates of Conformance

✓     Certificates of Origin

✓     Packing Lists

UGS Drilling Chiren DZZD

&check;     BILL OF LADING (CMR) (Int. Consignment Note)

&check;     Quality Certificate

&check;     Steel Certificates of Test

&check;     Certified Test Rports (in accordance with ISO 10474 / EN 10204 / DIN 50049 "type 3.1 "

&check;     Tubular Products Test Reports

### 2- 13.  Underground safery valve 4 1/2"" and 2 7/8" & Circulation/ bypass valve 4 1/2" and 2 7/8"

- SSSV for Exploitational Wells - Sub surface safety valve for 4 1/2 in Tubing, will be inside 7 in casing, Operating pressure will be 210 bars (Halliburton) + SSSV for Observation Wells - Sub surface safety valve for 2 7/8 in Tubing, will be inside 5 1/2 in casing, Operating pressure will be 210 bars (Halliburton) & SSD Circulation / bypass valve 4 1/2" + SSD Circulation / bypass valve 2 7/8"  -  applied:

Missing:

- Certificate of Conformity – STILL MISSING
- Certificate of Origin – STILL MISSING
- Bill Of Lading (CMR) -s  (Int. Consignment Note), – STILL MISSING
- Delivery Notice – STILL MISSING
- Packing List (with the Invoices, if they are reffered in it) – STILL MISSING
- Quality Certificate and Testings-Inspection Reports – STILL MISSING

IMPORTANT REMARK: Also, not all equipment has been delivered! – STILL MISSING

### GENERAL REMARKS:

1. **All documents must be submitted via hard original copies as per the Contract and its Appendices – STILL MISSING**

2. **All documentation which refers to each individual manufacturer – API/ISO Certificates, Licenses, Registrations etc. must be submitted as hard copies. The must be valid and referring to all the items that are going to be incorporated in the wells – some of the presented Certificates are expired – STILL MISSING**

3. **All materials and equipment that are going to be incorporated in the wells must be accompanied by all documentation described above – for each specific item and for the manufacturer as well – ex. cement, mud additives etc. – STILL MISSING**

UGS Drilling Chiren DZZD

**Prepared for GBS by:**

**(HILL/BASIC EXPERT TEAM)**

_____

Name:       **Hill International, acting as Company Representative for the Contract**

Represented by: **Nick Liapis**

Date:       **24/07/2024**

Last updated: **01/08/2024**

**UGS Drilling Chiren DZZD**

*Out No.:* ПГИ3000156|31.07.2024г.

**TO:**
**MEADS-MAES USA CHIREN JOINT VENTURE COMPANY DZZD**
BULSTAT: 181043220
3 Ogneborets St., City of Sofia, Post Code 1619, Bulgaria

**Attention to:**

**Mr İsmet Yücetaş**
Legal representative
y.ismet@me-ads.com

**Mr Günay Dil**
**Project manager**
d.gunay@me-ads.com

| | |
|---|---|
| **RE:** | **LUMP SUM TURN KEY INTEGRATED PROJECT MANAGEMENT CONTRACT FOR DRILLING 13 UGS WELLS AND ALL ASSOCIATED SERVICES REGARDING CHIREN UNDERGROUND GAS STORAGE EXPANSION PROJECT No. 000058 dated 24/11/2023 (the "Contract")** |
| **Subject:** | **Your letter No. MMUCJV-DZZDUGSCD-LTR-0026** |
| **Date:** | **31 July 2024** |

*Capitalised terms used herein shall have the meaning attributed thereto in the Contract, unless the context where used herein suggests otherwise.*

**Dear Mr Dil, Mr Yücetaş,**

In relation to the Contract referred above, and in response to your above referred letter, sent to us by email on 30 July 2024, please consider our position as follows.

1. By our letter Out No. ПГИ33000141/17.07.2024 with subject 'Proposal for a partial call out', we have proposed you a partial call out because of you have failed to complete the Drilling Program and Well Designs for all 13 Wells. Your deadline for completing the Well Designs was 7 February 2024 (45 days after 24 December 2024, when we notified you of the approved list of deliverables, refer to Cl. 5.13 of the Contract). The partial call out would mitigate our exposure to Employer and, thus, your liability to us for the Project delays. Your refusal to a partial call out means you are accepting to bear more severe liability for the overall delay of the Project.

2. We would like to remind you that you are still in default to completing the Well Designs and Drilling Program for the remaining 11 Wells. We reserve all our rights and will inform you of our remedial actions in due course.

3. Further, from the most recent correspondence and checks we are making, we understand that you have still not delivered all Deliverables, as you falsely claim, and you have not provided all applicable certificates and documents thereto for inspection. We keep notifying you of such defaults and omissions on regular basis. We understand that this is the actual reason why you

**UGS Drilling Chiren DZZD**

refuse to Drill the first two Wells, you are not ready. We shall take appropriate measures and remedies in due time.

4. As confirmed to you already several times, your invoice for the First Payment under the Contract is rejected as not due and payable. Such payment may be invoiced only after, among other conditions, you have mobilised all Contractor's Equipment and Contractor's Personnel **pursuant to a Company's notice (Call Out Order) to complete Mobilisation** and be ready for spud of first well. Clause 18.10 of the Contract, which you refer to, expressly states that the spud date must be notified by Company first in order for you to compete the mobilisation. Such notice (Call Out Order) cannot be issued because you have not completed the Well Designs and you fail to prove to us that the Deliverables and related documentation are in good order.

5. You state, as in previous letters, that you have suspended the Work and the performance of the Contract. Our firm position remains unchanged that you have no contractual or legal right and grounds to stop or refuse performance of your Works. Therefore, we consider your refusal and delays to peform the Works as a material breach of the Contract and we shall take due measures in due course.

We reserve all rights, remedies, claims, and defences we may have under contract or law, and this letter shall not be construed as a waiver of any such rights, remedies, claims, or defences.

Yours sincerely: ...............................

**Maya Pencheva,**
**Representative**
**UGS DRILLING CHIREN DZZD**

UGS Drilling Chiren DZZD

**Out No.:** ПГИ 3000157/01.08.24г.

**TO:**
**MEADS-MAES USA CHIREN JOINT VENTURE COMPANY DZZD**
BULSTAT: 181043220
3 Ogneborets St., City of Sofia, Post Code 1619, Bulgaria

**Attention to:**

**Mr İsmet Yücetaş**
Legal representative
y.ismet@me-ads.com

| | |
|---|---|
| **RE:** | **LUMP SUM TURN KEY INTEGRATED PROJECT MANAGEMENT CONTRACT FOR DRILLING 13 UGS WELLS AND ALL ASSOCIATED SERVICES REGARDING CHIREN UNDERGROUND GAS STORAGE EXPANSION PROJECT No. 000058 dated 24/11/2023 (the "Contract")** |
| **Subject:** | **Equipment certification and documentation review** |
| **Ref:** | **Our Letters Out No. PGI3000150/25/07.2024 and Letter from Hill International with subject: 'Reply to Contractor's letter MMUCJV-DZZDUGSCD-LTR-0025, dd 30/07/2024'** |
| **Date:** | **1 August 2024** |

*Capitalised terms used herein shall have the meaning attributed thereto in the Contract, unless the context where used herein suggests otherwise.*

**Dear Mr Yücetaş,**

This is in relation to your failure to provide the applicable documents and certificates related to the Deliverables and other materials and equipment delivered on Site and necessary for the performance of the Drilling Works.

1. On 4 July 2024 we requested that you provide to us the overdue comprehensive list of all equipment and materials delivered on Site. We also requested that you provide to us the overdue applicable documents and certificates, in original, as required by the Contract and the Main Contract. You failed to provide the documents thus requested within the period we granted to you.

2. Eventually, on 16 July 2024 representatives of MEADS-MAES USA CHIREN JOINT VENTURE COMPANY DZZD (Contractor) handed over to Company a on a USB stick in digital format copies of a series of documents related to the equipment and materials delivered on Site as Deliverables. You had failed to provide a bill of quantities of the Deliverables and a comprehensive list of the documents provided with due reference to the equipment and materials they relate to.

**UGS Drilling Chiren DZZD**

3. Our team with the assistance of Hill International reviewed the copies of the documents uploaded on the USB stick. On 25 July 2024 we sent you a detailed technical report of our review of the documents: *'Inspection of List of Equipment and Materials and related Documentation'*. The report highlights various omissions and discrepancies of the supplied materials and equipment, and a significant number of missing or incomplete / incorrect documents and certificates. We gave you additional 48 hours to submit to us the missing documents. We again asked you for a comprehensive bill of quantities of the delivered on Site materials and equipment with reference to applicable documents.

4. In delay of the additional period for delivery granted by us, on 28 July 2024 your base manager, Mr. Bilal Velat İlhan, sent us an email sharing an online link for access to digitally available documents (https://we.tl/t-XQp2VW2JtI). You have not provided any comments on our *'Inspection of List of Equipment and Materials and related Documentation'*, neither did you send any index of what is new or different in the online link compared to the files on the USB stick. Therefore, our team had to re-assess all documents in the link again and compare them with the previously provided documents.

5. On 1 August 2024 Hill International sent you an update of the *'Inspection of List of Equipment and Materials and related Documentation'* report by their Letter with Subject: *'Reply to Contractor's letter MMUCJV-DZZDUGSCD-LTR-0025, dd 30/07/2024'*, Doc Ref. CUGS-C240731.01, which represents the results of their review of the documents contained in both the USB stick and the online link. As a summary, we note that the majority of missing, incorrect, or incomplete documents are still missing and not provided. We also note that nothing has been provided in original yet.

6. You should have ensured that all necessary documents and certificates related to the materials and equipment for the Drilling were procured and available at the time of supply and delivery of the materials and equipment. Therefore, we consider that we have granted you sufficient additional time and opportunity to provide evidence that you have procured all necessary documents and certificates in compliance with the Contract, the Main Contract, and Applicable Law.

7. Moreover, you have still not provided a comprehensive list of all equipment and materials delivered on Site (bill of quantities).

8. We find you in a material default of the Contract and in breach of the Warranties of Contractor under Clause 10.1 and your obligation under Clause 12.4 of the Contract. Therefore, in accordance with Clause 10.1.4 of the Contract, we hereby notify you that we shall contact the known manufacturers of the materials and equipment delivered on Site and request from them the provision of the applicable and relevant documents and certificates thereto, if existing. Please note that this shall not release you from liability for the duly and timely provision of all applicable documents and certificates for the materials and equipment. You shall be liable for all direct additional expense incurred by the Company for supplying the missing documents from different sources, as well as for any delays and still missing or incompliant documents, certificates, and Deliverables.

You state, as in previous letters, that you have suspended the Work and the performance of the Contract. Our firm position remains unchanged that you have no contractual or legal right and grounds to stop or refuse performance of your Works. Therefore, we consider your refusal and delays to pefromm the Works as a material breach of the Contract and we shall take due measures in due course.

In the end, we pay attention to you that there is a clear line of operational and contractual communication set out in Clauses 32 of the Contract. Contractor's Representatives, duly authorised and notified to Company, shall communicate only to Company's Representatives. Conrtactor shall not directly communicate to Employer's representatives and experts unless authorised in advance by Company. In your above referred last correspondence about the provision of the certificates and documents for the Deliverables you and your team took the deliberate decision to communicate directly to an expanded and unlimited list of recepients inlcuding numerous representatives and employees of Emplyer, Company, and Hill International, as well your own staff. This is found not only purely improfessional and against

## UGS Drilling Chiren DZZD

good business ethics, but also in breach of the Contract's requirements for communication and privacy. Such correspondence may cause serious issues to the parties involved, fow which we shall keep you solely responsible.

We reserve all rights, remedies, claims, and defences we may have under contract or law, and this letter shall not be construed as a waiver of any such rights, remedies, claims, or defences.

**Yours sincerely:** ...............................................

**Maya Pencheva,**
**Representative**
**UGS DRILLING CHIREN DZZD**